## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KASEYA US LLC, KASEYA LIMITED and
DATTO, LLC,

*Plaintiffs*,

v.

PROJECT ORCA, INC. d/b/a SLIDE,

*Defendant*.

C.A. No. _____

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiffs Kaseya US LLC ("Kaseya US"), Kaseya Limited ("Kaseya Ltd."), and
Datto, LLC ("Datto") (collectively, "Plaintiffs") file this Complaint for patent infringement
against Defendant Project Orca, Inc. d/b/a Slide ("Defendant" or "Slide") and allege as
follows:

## NATURE OF THE ACTION

1.      This is an action for Slide's infringement of U.S. Patent No. 8,769,039 ("the
'039 Patent"), 9,256,499 ("the '499 Patent"), 9,594,636 ("the '636 Patent"), 10,055,424
("the '424 Patent"), 10,515,057 ("the '057 Patent"), 11,775,907 ("the '907 Patent"),
10,795,688 ("the '688 Patent"), and 10,860,442 ("the '442 Patent") (collectively, "Asserted
Patents"), in violation of 35 U.S.C. §§ 271 *et seq.*

2.      Plaintiffs are innovators in products for data backup, are the leading
providers of business continuity and disaster recovery ("BCDR") solutions and services
for managed service providers ("MSPs").  Kaseya Ltd. and Datto own patents covering
these backup technologies, including the Asserted Patents.  Kaseya US is the exclusive

licensee of the '636 Patent, the '424 Patent, the '057 Patent, the '907 Patent, the '688 Patent, and the '442 Patent. Plaintiffs' intellectual property is vital to their success.

3.     Slide, founded by two former executives of Datto, offers products designed to compete against Plaintiffs by using Plaintiffs' intellectual property. As explained herein, Slide's products and services include BCDR offerings implemented via the Slide Agent, Slide Box, Slide Cloud, and Slide Console, which infringe one or more claims of each of the Asserted Patents. Plaintiffs bring this action to put an end to Slide's systematic infringement of Plaintiffs' patents.

4.     Slide is well aware of Plaintiffs' patents and nonetheless has infringed and continues to infringe those patents. Plaintiffs thus seek an order enjoining Slide from further infringement, and a damages award for Slide's infringement to date to remedy Slide's infringement.

## **THE PARTIES**

5.     Kaseya US LLC is a limited liability company organized under the laws of Delaware with its principal place of business at 333 SE 2nd Avenue, 35th Floor, Miami, FL 33131.

6.     Kaseya Limited is a private company limited by shares organized under the laws of Ireland with its principal place of business at 333 SE 2nd Avenue, 35th Floor, Miami, FL 33131.

7.     Datto is a limited liability company organized under the laws of Delaware with its principal place of business at 333 SE 2nd Avenue, 35th Floor, Miami, FL 33131.

8.     Project Orca, Inc. is a Delaware corporation with its principal place of business at 50 Day Street, Norwalk, CT 06854. Project Orca, Inc. does business as Slide.

## **BACKGROUND**

9.      Datto was founded in 2007.  Over the following decade, Datto evolved into a leading player in the BCDR industry through its innovative approach to data backup and recovery.  These include Datto SIRIS, an on-premises, secure backup solution that is customizable and scalable to the needs of each client, and a unique, innovative, and flexible approach to instantly and automatically restoring the disk image of protected computers and computer networks in any virtual environment.  As Datto innovated, it developed an extensive portfolio of patents to protect its proprietary technology.

10.     In June 2022, the Kaseya group of companies (which includes Kaseya US and Kaseya Ltd.) (collectively, "Kaseya") acquired Datto.  Founded in 2000 as a remote monitoring and management company, Kaseya grew to the premier provider of unified IT and security management software for MSPs.  Kaseya too understood the value of protecting its developments, including through patents.

11.     Slide publicly launched in February 2025, revealing details about Slide's products, marketing, and competitive strategy.

12.     Slide utilized not only Datto's technology, but also Kaseya Ltd.'s, demonstrating the importance of Plaintiffs' innovations to the BCDR market.

13.     Slide's actions have compelled Plaintiffs to bring this suit seeking damages and equitable relief from Slide's patent infringement.

## JURISDICTION AND VENUE

14.    This Court has subject matter jurisdiction over this action pursuant to pursuant to 28 U.S.C. §§ 1331 and 1338 for Plaintiffs' claims arising under the United States Patent Act, 35 U.S.C. § 1, *et seq*.

15.    The Court has personal jurisdiction over Defendant Slide because it is a Delaware corporation and has purposefully availed itself to the benefits and protections of doing business in Delaware by incorporating under Delaware law.

16.    Venue is proper in this Court under 28 U.S.C. §§ 1391 and 1400(b) because Slide is a Delaware corporation and thus resides in this District.

## THE ASSERTED PATENTS

17.    U.S. Patent No. 8,769,039 ("the '039 Patent") is titled "Method and Apparatus of Performing Remote Computer File Exchange" and was issued by the United States Patent and Trademark Office ("USPTO") on July 1, 2014.  Kaseya Ltd. is the sole owner of the '039 Patent and has the right to bring suit for infringement of the '039 Patent. A true and correct copy of the '039 Patent is attached hereto as Exhibit A.

18.    U.S. Patent No. 9,256,499 ("the '499 Patent") is titled "Method and Apparatus of Securely Processing Data for File Backup, De-duplication, and Restoration" and was issued by the United States Patent and Trademark Office ("USPTO") on February 9, 2016.  Kaseya Ltd. is the sole owner of the '499 Patent and has the right to bring suit for infringement of the '499 Patent.  A true and correct copy of the '499 Patent is attached hereto as Exhibit B.

19.    U.S. Patent No. 9,594,636 ("the '636 Patent") is titled "Management of Data Replication and Storage Apparatuses, Methods and Systems" and was issued by the United States Patent and Trademark Office ("USPTO") on March 14, 2017.  Datto is the

sole owner of the '636 Patent. Kaseya US is the exclusive licensee of the '636 Patent, and Kaseya US is authorized to bring suit for infringement of the '636 Patent. A true and correct copy of the '636 Patent is attached hereto as Exhibit C.

20.     U.S. Patent No. 10,055,424 ("the '424 Patent") is titled "Management of Data Replication and Storage Apparatuses, Methods and Systems" and was issued by the United States Patent and Trademark Office ("USPTO") on August 21, 2018. Datto is the sole owner of the '424 Patent. Kaseya US is the exclusive licensee of the '424 Patent, and Kaseya US is authorized to bring suit for infringement of the '424 Patent. A true and correct copy of the '424 Patent is attached hereto as Exhibit D.

21.     U.S. Patent No. 10,515,057 ("the '057 Patent") is titled "Management of Data Replication and Storage Apparatuses, Methods and Systems" and was issued by the United States Patent and Trademark Office ("USPTO") on December 24, 2019. Datto is the sole owner of the '057 Patent. Kaseya US is the exclusive licensee of the '057 Patent, and Kaseya US is authorized to bring suit for infringement of the '057 Patent. A true and correct copy of the '057 Patent is attached hereto as Exhibit E.

22.     U.S. Patent No. 11,775,907 ("the '907 Patent") is titled "Method Facilitating Business Continuity of Enterprise Computer Network and System Associated Therewith" and was issued by the United States Patent and Trademark Office ("USPTO") on October 3, 2023. Datto is the sole owner of the '907 Patent. Kaseya US is the exclusive licensee of the '907 Patent, and Kaseya US is authorized to bring suit for infringement of the '907 Patent. A true and correct copy of the '907 Patent is attached hereto as Exhibit F.

23.     U.S. Patent No. 10,795,688 ("the '688 Patent") is titled "System and Method for Performing and Image-Based Update" and was issued by the United States

Patent and Trademark Office ("USPTO") on October 6, 2020.  Datto is the sole owner of the '688 Patent.  Kaseya US is the exclusive licensee of the '688 Patent, and Kaseya US is authorized to bring suit for infringement of the '688 Patent.  A true and correct copy of the '688 Patent is attached hereto as Exhibit G.

24.    U.S. Patent No. 10,860,442 ("the '442 Patent") is titled "Systems, Methods, and Computer Readable Media for Business Continuity and Disaster Recovery (BCDR)" and was issued by the United States Patent and Trademark Office ("USPTO") on December 8, 2020.  Datto is the sole owner of the '442 Patent.  Kaseya US is the exclusive licensee of the '442 Patent, and Kaseya US is authorized to bring suit for infringement of the '442 Patent.  A true and correct copy of the '442 Patent is attached hereto as Exhibit H.

## SLIDE'S INFRINGING PRODUCTS AND SERVICES

25.    Defendant makes, uses, sells, offers for sale, and/or imports a backup and disaster recovery platform comprising hardware and software ("Slide Products and Services").

26.    Slide Products and Services are comprised of the following components: the Slide Console, the Slide Agent, the Slide Box, and the Slide Cloud.

27.    The Slide Console is a "one-stop shop for monitoring and managing all things Slide."  https://docs.slide.tech/getting-started/ (Last accessed Jan. 10, 2026).  It is a "[a] web-based interface that [customers] can use to manage [their] Slide Boxes, and protected systems.  It lets [them] configure backup schedules, cloud replication and manage restores.  The Slide Console is the central hub for everything related to [their] Slide account."  https://docs.slide.tech/glossary/ (Last accessed Jan. 10, 2026).  An image of the Slide Console's user interface is shown below:



https://docs.slide.tech/getting-started/ (Last accessed Jan. 10, 2026).

28.     The Slide Agent is a "lightweight application that runs in the background" of a protected computer system "and communicates with the Slide Box to back up [the customer's] data." *Id.* (Last accessed Jan. 10, 2026). In order to protect a system, a customer needs to download and install the Slide Agent on the system they wish to back up. *Id.* (Last accessed Jan. 10, 2026).

29.     The Slide Box is "[a] dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data." https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026). Slide markets various models of the Slide Box for sale, including the Slide Z1, Slide R1, and Slide B1. https://slide.tech/products/ (Last accessed Jan. 10, 2026). A picture of a Slide Box (Slide Z1) is shown below:



*Id*. (Last accessed Jan. 10, 2026).

30.     The Slide Cloud is the "[c]entral coordinator for all Slide Boxes and Slide Agents.  It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management."     https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026).

31.     According to one method of backing up a protected system using the Slide Products and Services, the "Slide Box triggers a backup for a specific Slide Agent." https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026).  A user can "configure the backup schedule for the protected system."  https://docs.slide.tech/agents/ (Last accessed Jan. 10, 2026).  The Slide Box then performs "various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup." https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026).  The Slide Agent "create[s]

a snapshot of the requested volumes" and then "copies the data from the snapshot to the Slide Box." *Id.* (Last accessed Jan. 10, 2026). The Slide Agent "may copy all data (full backup) or only the changed data (differential or incremental)." *Id.* (Last accessed Jan. 10, 2026). Once transferred, the Slide Box "creates a snapshot of the backup data" and "verifies the integrity of the backup by performing various file system checks." *Id.* (Last accessed Jan. 10, 2026). The Slide Products and Services leverage the Zettabyte File System ("ZFS") to create and store snapshots. *See* https://docs.slide.tech/faq/ (Last accessed Jan. 10, 2026) ("Backups are stored as ZFS snapshots, so yes, they are immutable."). The Slide Box then "replicates the snapshot to the Slide Cloud for offsite storage." https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026). *See*, *e.g.*:



*Id.* (Last accessed Jan. 10, 2026).

32. The Slide Products and Services also feature the ability to recover backup data in the event of data loss. Slide offers options for recovering data from snapshots taken at points in time, including "boot[ing] a backup as a virtual machine, either on [a] local Slide Box or in the Slide Cloud," "download[ing] … one or multiple files at a time … for

quickly restoring a single file or folder from a backup without having to restore the entire system," and "instantly export[ing] the disks corresponding to a backup as VHD/VHDX or raw disk image files." https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

## COUNT 1: INFRINGEMENT OF THE '039 PATENT

33.    Plaintiffs incorporate by reference the allegations in paragraphs 1-32 above.

34.    The making, use, sale, offer for sale, and importation of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '039 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents.  To the extent Defendant, its customers, and end users do not literally infringe the '039 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '039 Patent claims, and because the Slide Products and Services differ from the '039 Patent claims only insubstantially.

35.    Defendant also induces infringement of the '039 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '039 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '039 Patent.  Upon information and belief, Defendant monitors and/or is aware of Kaseya Ltd.'s patents, including the '039 Patent, and has had knowledge of the '039 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Kaseya, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).

Alternatively, Defendant has been willfully blind to the existence of the '039 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '039 Patent since at least the filing of this complaint.

36.    Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '039 Patent.  For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention.  Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:



https://slide.tech/ (Last accessed Jan. 10, 2026).

37.    Defendant further encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '039 Patent through the publication of detailed product documentation that describes, among other things, how to set up and configure the Slide Products and Services for backup and replication. https://docs.slide.tech/ (Last accessed Jan. 10, 2026); *see also infra* ¶¶ 41-50.

38.    Defendant also contributes to infringement by its customers and end users of the '039 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '039 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Slide Products and Services are specially designed and intended to practice the '039 Patent claims by enabling the user to transfer data and control information from the Slide Box to the Slide Cloud during replication.  Upon information and belief, Defendant monitors and/or is aware of Kaseya Ltd.'s patents, including the '039 Patent, and has had knowledge of the '039 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Kaseya, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '039 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '039 Patent since at least the filing of this complaint.

39.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

40.    Claim 1 of the '039 Patent states as follows:

1.  A method of exchanging data between a first computing device and a second computing device, the method comprising:

establishing a control channel between the first computing device and the second computing device to exchange control information comprising streaming data initiation information regarding when streaming data should initiate, and streaming data termination information regarding when the streaming data should terminate, and;

wherein the control information further comprises at least one of a proposed data rate and a proposed data compression level to be used during the data exchange between the first computing device and the second computing device;

negotiating a data transfer between the first and second computing devices;

establishing a data channel between the first and second computing devices to transfer data; and

transferring data from the first computing device to the second computing device over the data channel in parallel with the control information being transferred over the control channel.

41.     Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 1 of the '039 Patent.

42.     Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] method of exchanging data between a first computing device and a second computing device."   For example, Defendant advertises on its website that the Slide Products and Services offer a "block-level Backup and Disaster Recovery solution." https://docs.slide.tech/ (Last accessed Jan. 10, 2026).  Further, "[e]ach Slide Box replicates all successful backups for all protected systems to the Slide Cloud …." https://docs.slide.tech/agents/ (Last accessed Jan. 10, 2026).  *See, e.g.*:



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026).

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

*Id.* (Last accessed Jan. 10, 2026).

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026).

43.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "establishing a control channel between the first computing device and the second computing device to exchange control information comprising streaming data initiation information regarding when streaming data should initiate, and streaming data termination information regarding when the streaming data should terminate."  For example, in performing a replication of a backup from the Slide Box to the Slide Cloud, Defendant's software code has been specifically programmed such that a control channel is established between the Slide Box and Slide Cloud.  *See, e.g.*:

The following **outbound connections** are required for the **Slide Box** to communicate with the Slide Cloud. If any of these connections are blocked, the device may not work properly or at all:

| Hostname | Network | Ports | Protocols | Description |
|---|---|---|---|---|
| cloud.slide.tech | 159.89.241.157 | 443 | tcp | Slide Cloud |
| logs.slide.tech | 161.35.250.188 | 443 | tcp | Log server for diagnostics |
| update.slide.tech | 138.197.50.39 | 443 | tcp | Software Updates |
| * | 64.21.186.32/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |
| * | 67.196.160.128/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |

https://docs.slide.tech/network/ (Last accessed Jan. 10, 2026).

44.      Defendant has specifically programmed the software of the Slide Console such that it maintains activity logs, which comprise tracking when a replication of data from the Slide Box to the Slide Cloud starts and completes.  *See, e.g.*:

| Date and time ↓ | Action | Actor | Description |
|---|---|---|---|
| Nov 3, 2025 2:21 PM | Replication Completed | System | Snapshot s_155bn5egyd9o replication completed from device d_w0izas71s654 for agent a_tf3nq14of7lo with status 'succeeded' |
| Nov 3, 2025 2:21 PM | Replication Completed | System | Snapshot s_6k6r4tz42ld8 replication completed from device d_w0izas71s654 for agent a_6ibhaodb5kkg with status 'succeeded' |
| Nov 3, 2025 2:21 PM | Replication Started | System | Snapshot replication started from device d_w0izas71s654 for agent a_tf3nq14of7lo |
| Nov 3, 2025 2:21 PM | Replication Started | System | Snapshot replication started from device d_w0izas71s654 for agent a_6ibhaodb5kkg |
| Nov 3, 2025 2:17 PM | Replication Completed | System | Snapshot s_c8g3wq8nlrry replication completed from device d_pcicqsu5khpl for agent a_x957audrzzz0 with status 'succeeded' |

https://docs.slide.tech/activity-logs/ (Last accessed Jan. 10, 2026).

---

Replication Activities

- **Replication Started**: Replication initiated
- **Replication Completed**: Replication completed

---

*Id.* (Last accessed Jan. 10, 2026).

45.    Upon information and belief, Defendant's software causes the control channel established between the Slide Box and Slide Cloud to exchange control information which includes when data replication starts and completes.

46.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "wherein the control information further comprises at least one of a proposed data rate and a proposed data compression level to be used during the data exchange between the first computing device and the second computing device."  Upon information and belief, Defendant has specifically programmed its software such that the control information exchanged between the Slide Box and the Slide Cloud includes at least a proposed data compression level.  Additionally, for example, Defendant has specifically programmed its software such that the Slide Console is used to configure "data throttling" settings to set a proposed data rate for replication.  *See, e.g.*:



https://docs.slide.tech/devices (Last accessed Jan. 10, 2026).

47.    Upon information and belief, Defendant has specifically programmed its software such that the control information exchanged between the Slide Box and the Slide Cloud includes at least the proposed data rate.

48.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "negotiating a data transfer between the first and second computing devices."  Upon information and belief, Defendant has specifically programmed its software such that the replication of backup data is negotiated between the Slide Box and the Slide Cloud.  *See, e.g.*:



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

49.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "establishing a data channel between the first and second computing devices to transfer data." For example, Defendant has specifically programmed its software such that in performing a replication of a backup from the Slide Box to the Slide Cloud, a data channel is established between the Slide Box and Slide Cloud. *See, e.g.*:

The following **outbound connections** are required for the **Slide Box** to communicate with the Slide Cloud. If any of these connections are blocked, the device may not work properly or at all:

| Hostname | Network | Ports | Protocols | Description |
|----------|---------|-------|-----------|-------------|
| cloud.slide.tech | 159.89.241.157 | 443 | tcp | Slide Cloud |
| logs.slide.tech | 161.35.250.188 | 443 | tcp | Log server for diagnostics |
| update.slide.tech | 138.197.50.39 | 443 | tcp | Software Updates |
| * | 64.21.186.32/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |
| * | 67.196.160.128/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |

https://docs.slide.tech/network/ (Last accessed Jan. 10, 2026).

50.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "transferring data from the first computing device to the second computing device over the data channel in parallel with the control information being transferred over the control channel." Upon information and belief, Defendant has specifically programmed its software such that, during replication, backup data is

transferred from the Slide Box to the Slide Cloud in parallel with control information transferred from the Slide Box to the Slide Cloud.

51.     As a result of Defendant's infringement of the '039 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

52.     Plaintiffs are entitled to past damages for Defendant's infringement of the '039 Patent.  Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287.  *See* https://www.kaseya.com/legal/kaseya-patents/.

53.     Defendant's infringement of the '039 Patent is deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant monitors and/or is aware of Kaseya Ltd.'s patents, including the '039 Patent, and has had knowledge of the '039 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Kaseya, did not use their prior employer's intellectual property.   *See*   https://businessof.tech/podcast/datto-sues-slide-2025/   (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '039 Patent prior to the filing of this complaint.  Alternatively, Defendant has had actual knowledge of the '039 Patent since at least the filing of this complaint.  Yet Defendant continues to develop and provide the Slide Products and Services coded with software Defendant has specifically designed to enable the transfer of data and control information from the Slide Box to the Slide Cloud during replication.  This process, as described above, in the Slide Products and Services plainly performs the steps set forth in

at least claim 1 of the '039 Patent.  Accordingly, Defendant knows or should know that the manufacture, use, sale, offer for sale, and importation of the Slide Products and Services infringes the '039 Patent.

54.     Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '039 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

### COUNT 2: INFRINGEMENT OF THE '499 PATENT

55.     Plaintiffs incorporate by reference the allegations in paragraphs 1-54 above.

56.     The making, use, sale, offer for sale, and importation of the Slide Products and Services by Defendant and by its customers directly infringe one or more claims of the '499 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents.  To the extent Defendant, its customers, and end users do not literally infringe the '499 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '499 Patent claims, and because the Slide Products and Services differ from the '499 Patent claims only insubstantially.

57.     Defendant also induces infringement of the '499 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '499 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '499 Patent.  Upon information and belief, Defendant monitors and/or is aware of Kaseya Ltd.'s patents, including the '499 Patent, and has had knowledge of the '499 Patent by at least October 6, 2025, when Defendant's co-founders represented that

Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Kaseya, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully blind to the existence of the '499 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '499 Patent since at least the filing of this complaint.

58.     Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '499 Patent. For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention. Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:



https://slide.tech/ (Last accessed Jan. 10, 2026).

59.     Defendant further encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '499 Patent through the

23

publication of detailed product documentation that describes, among other things, how to perform a File Restore.  https://docs.slide.tech/ (Last accessed Jan. 10, 2026); *see also infra* ¶¶ 63-72.

60.    Defendant also contributes to infringement by its customers and end users of the '499 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '499 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Slide Products and Services are specially designed and intended to practice the '499 Patent claims by enabling the user to perform a File Restore from a protected system.  Upon information and belief, Defendant monitors and/or is aware of Kaseya Ltd.'s patents, including the '499 Patent, and has had knowledge of the '499 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Kaseya, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '499 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '499 Patent since at least the filing of this complaint.

61.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

62.    Claim 1 of the '499 Patent states as follows:

1.  A method, comprising:

retrieving at least one data file to be restored from a data storage location;

determining that the at least one data file is a link file storing metadata comprising a uniform resource identifier (URI) of a repository source file, and which also includes a key encrypted with an agent and server shared secret that was previously exchanged;

decrypting the key from the link file using the shared secret; and;

retrieving data from a data repository location to be restored using the decrypted key.

63.    Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 1 of the '499 Patent.

64.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform a method comprising "retrieving at least one data file to be restored from a data storage location."  For example, Defendant has specifically programmed its software such that the Slide Products and Services provide a "File Restore" feature, which enables users to "instantly browse files from a backup" and "is useful for quickly restoring a single file or folder from a backup without having to restore the entire system."  *See, e.g.*:

## File Restore

A file restore lets you instantly browse files from a backup and download or push one or multiple files at a time. This is useful for quickly restoring a single file or folder from a backup without having to restore the entire system.

Create File Restore                                              ×

Restore a protected system by downloading files and folders. See our
File Restore docs for more info.

Protected System *                    Snapshot *
vita-srv-dc-1                  ▾       Jun 5, 2024 12:00 PM        ▾

Select the location to create the file restore. It is recommended to use
the Slide Box if the destination for the files is within the same network.

Location *
Slidebox-VitaCare1 🏠                                            ▾

                                              🔄 RESTORE

*Instant file restore from the Restore page*

https://docs.slide.tech/restores/ (last accessed Jan. 10, 2026).

65.    Defendant has specifically programmed its software such that the data file may be retrieved from either the Slide Box or Slide Cloud.  *See, e.g.*:



The "Create File Restore" dialog lets you pick the protected system you'd like to create a file restore from. You can pick the snapshot and the location (Slide Box or Slide Cloud) where the snapshot is available. After you've filled out the form, click the "Restore" button to start the file restore.

*Sidebar shows access via CIFS/Samba and browser*

*Id.* (last accessed Jan. 10, 2026).



After clicking the "Browse Files" button, you'll be taken to the web-based file browser. Here you can navigate through the file system, push files to the protected system, and download files or folders by clicking on them.

*Browsing files directly in Slide Console*

Downloading files is straight forward: click on the three-dot menu next to the file or folder you'd like to download, and then click the "Download" button. The file will be downloaded to your local machine. If the file is a folder, the downloaded file is a ZIP archive containing the folder and all its contents.

If the snapshot you selected is located on the Slide Box, you'll see two options to download the file, and one to push the file to the protected system:

*Id.* (last accessed Jan. 10, 2026).

66.     Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "determining that the at least one data file is a link file storing metadata comprising a uniform resource identifier (URI) of a repository source file, and which also includes a key encrypted with an agent and server shared secret that was previously exchanged."

67.     Upon information and belief, Defendant has specifically programmed its software such that the Slide Products and Services use HTTPS to retrieve and download information, including for File Restores, through the Slide Console web interface. For example, Defendant has specifically programmed its software such that image exports are available via HTTPS. *See, e.g.*:

How are Image Exports done? ¶

Image exports are available via HTTPS download, NFS, and CIFS/Samba.

https://docs.slide.tech/faq/ (last accessed Jan. 10, 2026).

68.    "Hypertext transfer protocol secure (HTTPS) is the secure version of HTTP, which is the primary protocol used to send data between a web browser and a website. HTTPS is encrypted in order to increase security of data transfer." https://www.cloudflare.com/learning/ssl/what-is-https/ (last accessed Jan. 22, 2026). "HTTPS uses an encryption protocol to encrypt communications. The protocol is called Transport Layer Security (TLS)." *Id*. (last accessed Jan. 22, 2026). "A TLS connection is initiated using a sequence known as the TLS handshake. When a user navigates to a website that uses TLS, the TLS handshake begins between the user's device (also known as the *client* device) and the web server. During the TLS handshake, the user's device and the web server … Generate session keys for encrypting messages between them after the handshake is complete." https://www.cloudflare.com/learning/ssl/transport-layer-security-tls/ (last accessed Jan. 22, 2026). For example, the session key may be a shared secret created using the Diffie-Hellman protocol. https://www.cloudflare.com/learning/ssl/what-happens-in-a-tls-handshake/ (last accessed Jan. 22, 2026).

69.    For example, and upon information and belief, Defendant has specifically programmed its software such that when a user accesses the Slide Console to view and browse the files that may be restored, an HTTPS request/response occurs. Within the HTTPS response is a link file containing a URI of a repository source file and a key

encrypted through a TLS handshake (with an agent and server shared secret that was previously exchanged).

70.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "decrypting the key from the link file using the shared secret." As stated above, upon information and belief, Defendant has specifically programmed its software such that accessing the Slide Console to view and browse files that may be restored uses HTTPS.

71.    As stated above, HTTPS encryption uses TLS.  Upon information and belief, Defendant has specifically programmed its software such that the key sent in the HTTPS response is decrypted using the shared secret generated by the TLS handshake.

72.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "retrieving data from a data repository location to be restored using the decrypted key."  For example, and upon information and belief, Defendant has specifically programmed its software such that the user's device accessing the Slide Console downloads the file to be restored using the now-decrypted key.

73.    As a result of Defendant's infringement of the '499 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

74.     Plaintiffs are entitled to past damages for Defendant's infringement of the '499 Patent.  Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287. *See* https://www.kaseya.com/legal/kaseya-patents/.

75.     Defendant's infringement of the '499 Patent is deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant monitors and/or is aware of Kaseya Ltd.'s patents, including the '499 Patent, and has had knowledge of the '499 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Kaseya, did not use their prior employer's intellectual property.   *See*  https://businessof.tech/podcast/datto-sues-slide-2025/  (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '499 Patent prior to the filing of this complaint.  Alternatively, Defendant has had actual knowledge of the '499 Patent since at least the filing of this complaint.  Yet Defendant continues to develop and provide the Slide Products and Services coded with software Defendant has specifically designed to enable users to perform a File Restore from a protected system.  This File Restore process, as described above, in the Slide Products and Services, plainly performs the steps set forth in at least claim 1 of the '499 Patent.  Accordingly, Defendant knows or should know that the manufacture, use, sale, offer for sale, and importation of the Slide Products and Services infringe the '499 Patent.

76.     Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '499 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT 3: INFRINGEMENT OF THE '636 PATENT

77.     Plaintiffs incorporate by reference the allegations in paragraphs 1-76 above.

78.     The making, use, sale, offer for sale, and importation of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '636 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents.  To the extent Defendant, its customers, and end users do not literally infringe the '636 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '636 Patent claims, and because the Slide Products and Services differ from the '636 Patent claims only insubstantially.

79.     Defendant also induces infringement of the '636 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '636 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '636 Patent.  Upon information and belief, Defendant has had knowledge of the '636 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '636 Patent, and has had knowledge of the '636 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026)*.*  Alternatively, Defendant has been willfully

blind to the existence of the '636 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '636 Patent since at least the filing of this complaint.

80.     Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '636 Patent. For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention. Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:



https://slide.tech/ (Last accessed Jan. 10, 2026).

81.     Defendant further encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '636 Patent through the publication of detailed product documentation that describes, among other things, how to set up and configure the Slide Products and Services for backup and replication. https://docs.slide.tech/ (Last accessed Jan. 10, 2026); *see also infra* ¶¶ 85-98.

82.    Defendant also contributes to infringement by its customers and end users of the '636 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '636 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Slide Products and Services are specially designed and intended to practice the '636 Patent claims by enabling the user to backup data to the Slide Box and replicate that data to the Slide Cloud.  Upon information and belief, Defendant has had knowledge of the '636 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '636 Patent, and has had knowledge of the '636 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '636 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '636 Patent since at least the filing of this complaint.

83.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

84.    Claim 1 of the '636 Patent states as follows:

1. A processor implemented method for managing replication and storage of disk images of physical or virtual storage disks, the method comprising:

sending a backup request, from a backup aggregator to a first client server at a first client site, according to a backup and snapshot schedule, wherein;

the backup aggregator has a first file system; and the first client server has a first storage disk;

receiving, at the backup aggregator, a backup response from the first client server at the first client site, the backup response comprising a first disk image reflecting a first state and content of the first storage disk of the first client server;

capturing a first snapshot of the received first disk image, and storing the first snapshot in the first file system of the backup aggregator;

sending, from the backup aggregator to a master server of a cloud storage center, a task processing assistance request comprising a backup vector, wherein:

the backup vector comprises: a dataset indicator corresponding to the first disk image reflecting the first state and content of the first storage disk of the first client server; and a mirroring relationship between the first file system of the backup aggregator and a second file system of a first cloud storage server of the cloud storage center; and

the task processing assistance request is sent according to: a first client site user predefined dataset priority order; and a second prioritization order based on at least one type of action associated with at least one task involved in the task processing assistance request;

validating, by the master server, the backup vector received in the task processing assistance request; and

synchronizing the first file system of the backup aggregator with the second file system of the first cloud storage server only after receiving a task processing assistance response from the master server acknowledging the validating of the backup vector.

85.    Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 1 of the '636 Patent.

86.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] processor implemented method for managing replication and storage of disk images of physical or virtual storage disks."  For example, Defendant advertises on its website that the Slide Products and Services (which comprise the Slide Box, a Slide Agent running on a protected computer, and Slide Cloud servers, all of which contain processors) manage the storage of customers' and end users' disk images and the replication of those disk images to the Slide Cloud.  *See, e.g.*:

## Why Slide?

### Fast, Secure, and Simple

Slide's cloud-based platform streamlines backup, virtualization, and recovery through a single, secure interface. It's built for MSPs who need security, speed, simplicity, and peace of mind.

### Modern Architecture Built for Scale

Slide uses modern software and NVMe storage from our local appliance to our private cloud. Our architecture delivers faster performance, stronger data protection, and greater reliability than legacy appliance or direct to cloud solutions.

### Support That Works Like a Partner

Our direct-to-tech support model connects you with experienced engineers right away. There are no call menus, no delays, just fast help when you need it. With 24×7

https://slide.tech/products/ (Last accessed Jan. 10, 2026).

| Models | Slide Z1 | Slide R1 | Slide B1 |
|---|---|---|---|
| Storage | **Size:** 1TB, 2TB, 3TB, 5TB, 8TB, 12TB, or 16TB<br>**Type:** NVMe SSD<br>**Slots:** M.2 2280 PCIe 4.0 x4 | **Size:** Configurable up to 60TB<br>**Type:** NVMe SSD<br>**Slots:** u.2 (Up to 10 bays) | **Size:** Configurable up to 150TB<br>**Type:** NVMe SSD<br>**Slots:** u.2 (Up to 24 bays) |
| CPU | **Model:** AMD Ryzen 7 8845HS<br>**Cores/Threads:** 8 Cores / 16 Threads<br>**Clock Speed:** 3.8 GHz Base<br>**Cache:** 16MB L3 Cache | **Model:** AMD EPYC 8124P<br>**Cores/Threads:** 16 Cores / 32 Threads<br>**Clock Speed:** 2.45 GHz Base<br>**Cache:** 64MB L3 Cache | **Model:** AMD EPYC 7542P<br>**Cores/Threads:** 32 Cores / 64 Threads<br>**Clock Speed:** 2.8 GHz Base<br>**Cache:** 256MB L3 Cache |
| Memory | 1TB - 32GB DDR5 4800MHz<br>2TB+ - 64GB DDR5 4800MHz | 256GB DDR5 4800MHz | 512GB DDR4 3200MHz |
| Interfaces | USB4: 1x (40Gbps)<br>USB Type-C: 1x (40Gbps)<br>USB 3.2: 2x (10Gbps)<br>USB 2.0: 2x (480Mbps)<br>LAN: 1x (2.5G) | USB 3.0: 6x (10Gbps)<br>LAN: 2x (10G)<br>IPMI 1x (1G) | USB 3.0: 5x (10Gbps)<br>LAN: 2x (10G)<br>IPMI 1x (1G) |
| Accessories | 1x Power Adapter<br>1x Ethernet Cable | 2x Power Cable / Dual Power Supply<br>1x Rail Kit<br>1x Ethernet Cable | 2x Power Cable / Dual Power Supply<br>1x Rail Kit<br>1x Ethernet Cable |

*Id.* (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026).

87.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include,

further perform the step of "sending a backup request, from a backup aggregator to a first client server at a first client site, according to a backup and snapshot schedule."  For example, Defendant has specifically programmed its software such that the Slide Box sends a backup request to the protected computer.  *See, e.g.*:



[https://docs.slide.tech/backups](https://docs.slide.tech/backups) (Last accessed Jan. 10, 2026).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups (Last accessed Jan. 10, 2026) (annotated).

88.    Defendant has specifically programmed its software such that the Slide Box sends these backup requests according to a backup and snapshot schedule. *See, e.g.*:



*Configuring the backup schedule for a Slide Agent*

https://docs.slide.tech/agents/ (Last accessed Jan. 10, 2026).

89.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "the backup aggregator has a first file system; and the first client server has a first storage disk."  For example, Defendant has specifically programmed its software such that the Slide Box has a first file system.  *See, e.g.*:

The Snapshots page shows a list of all snapshots that have been taken of your protected systems. A snapshot is an image copy of the protected system that can be used to restore your system. Snapshots are created when a backup succeeds. Clicking on a snapshot will show you more details about the snapshot, and allow you to restore from it.



*Snapshot list across all Slide Agents*

<https://docs.slide.tech/snapshots/> (Last accessed Jan. 10, 2026).

90.    The protected computer contains a storage disk.

**Features:**

- **Block-level backup**: Backing up entire disks allows for virtualization and instant recovery.

<https://docs.slide.tech/> (Last accessed Jan. 10, 2026).

91.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "receiving, at the backup aggregator, a backup response from the first client server at the first client site, the backup response comprising a first disk image reflecting a first state and content of the first storage disk of the first client server." For example, Defendant has specifically programmed its software such that the Slide Box receives the backup from the protected computer, which reflects the state and content of the storage disk of the protected computer. *See, e.g.*:



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

**Backup Process**

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

**Features:**

- **Block-level backup**: Backing up entire disks allows for virtualization and instant recovery.

https://docs.slide.tech/ (Last accessed Jan. 10, 2026).

92.     Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "capturing a first snapshot of the received first disk image, and storing the first snapshot in the first file system of the backup aggregator."  For example, Defendant has specifically programmed its software such that after receiving the backup of the disk image from the protected computer, the Slide Box captures a snapshot and stores it in its file system.  *See, e.g.*:



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

The main snapshot list shows the following information:

- **Backup Started/Ended**: Start and end time of the backup corresponding to this snapshot.

- **Protected System:** Name of the protected system that was backed up.

- **Local:** Indicates whether the snapshot is stored locally ( ) on the Slide Box, or whether it was already deleted ( ), e.g. due to a retention policy or manual deletion.

- **Cloud:** Indicates whether the snapshot is stored in the Slide Cloud ( ), or whether it was already deleted ( ), e.g. due to a retention policy or manual deletion.

- **Verified:** Shows a checkmark ( ) if the snapshot was verified, i.e. the file system integrity of the snapshot was checked and confirmed. If the checkmark is missing, the snapshot was not yet verified. There may also be warnings or errors if the verification has failed.

- **Tags:** Snapshots automatically get tagged for various reasons:

  - **Retention Tags:** Snapshots tagged "intra-daily", "daily", "weekly", "monthly", or "yearly" are kept for the corresponding retention period. See Snapshot Retention for more details.

  - **Restore Tag:** Snapshots tagged "restore" have an active restore. Check the Restores page for more information.

  - **Cloud Link Tag:** Snapshots tagged "cloud link" are the crucial link between the local and remote backup chain in the Slide Cloud. This is typically the latest snapshot that was uploaded to the Slide Cloud. Only one snapshot per protected system can have this tag. **Snapshots with this tag cannot be deleted.**

- **Actions:** The last column shows a three-dot menu from which you can either create a restore, or delete the snapshot locally or in the Slide Cloud. The available actions depend on the snapshot's state. See Restoring from a Snapshot and Deleting a Snapshot for details.

https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026) (annotated).

93.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "sending, from the backup aggregator to a master server of a cloud storage center, a task processing assistance request comprising a backup vector." Upon information and belief, Defendant has specifically programmed its software such that before replicating a snapshot to the Slide Cloud, the Slide Box sends a task processing assistance request comprising a backup vector to a master server.

The following **outbound connections** are required for the **Slide Box** to communicate with the Slide Cloud. If any of these connections are blocked, the device may not work properly or at all:

| Hostname | Network | Ports | Protocols | Description |
|---|---|---|---|---|
| cloud.slide.tech | 159.89.241.157 | 443 | tcp | Slide Cloud |
| logs.slide.tech | 161.35.250.188 | 443 | tcp | Log server for diagnostics |
| update.slide.tech | 138.197.50.39 | 443 | tcp | Software Updates |
| * | 64.21.186.32/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |
| * | 67.196.160.128/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |

https://docs.slide.tech/network/ (Last accessed Jan. 10, 2026).

94.     Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "the backup vector comprises: a dataset indicator corresponding to the first disk image reflecting the first state and content of the first storage disk of the first client server; and a mirroring relationship between the first file system of the backup aggregator and a second file system of a first cloud storage server of the cloud storage center." Upon information and belief, Defendant has specifically programmed its software such that the backup vector in the task processing assistance request sent from the Slide Box to the master server comprises a dataset indicator corresponding to the first disk image of the protected computer and mirroring relationship between the Slide Box' file system and a file system on the Slide Cloud.

95.     Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "the task processing assistance request is sent according to: a

first client site user predefined dataset priority order; and a second prioritization order based on at least one type of action associated with at least one task involved in the task processing assistance request." Upon information and belief, Defendant has specifically programmed its software such that the task processing assistance request sent from the Slide Box to the master server is sent according to a first client site user predefined dataset priority order and a second prioritization order based on at least one type of action associated with at least one task involved in the task processing assistance request.

96.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "validating, by the master server, the backup vector received in the task processing assistance request." Upon information and belief, Defendant has specifically programmed its software such that the master server validates the backup vector in the task processing assistance request sent from the Slide Box.

97.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "synchronizing the first file system of the backup aggregator with the second file system of the first cloud storage server only after receiving a task processing assistance response from the master server acknowledging the validating of the backup vector." For example, Defendant has specifically programmed its software such that the Slide Box replicates the snapshot to the Slide Cloud. *See, e.g.*:



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

## Components

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

| Hostname | Network | Ports | Protocols | Description |
|---|---|---|---|---|
| cloud.slide.tech | 159.89.241.157 | 443 | tcp | Slide Cloud |
| logs.slide.tech | 161.35.250.188 | 443 | tcp | Log server for diagnostics |
| update.slide.tech | 138.197.50.39 | 443 | tcp | Software Updates |
| * | 64.21.186.32/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |
| * | 67.196.160.128/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |

https://docs.slide.tech/network/ (Last accessed Jan. 10, 2026) (annotated).

98.     Upon information and belief, Defendant has specifically programmed its software such that the snapshot replication occurs after the Slide Box receives a task processing assistance response from the master server, acknowledging the validating of the backup vector.

99.     As a result of Defendant's infringement of the '636 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

100.    Plaintiffs are entitled to past damages for Defendant's infringement of the '636 Patent.  Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287.  *See* https://www.kaseya.com/legal/kaseya-patents/.

101.    Defendant's infringement of the '636 Patent has been deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant has had actual knowledge of the '636 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '636 Patent, and has had knowledge of the '636 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026)*.* Alternatively, Defendant has been willfully blind to the existence of the '636 Patent prior to the filing of this complaint.  Yet Defendant still proceeded to develop and launch the

Slide Products and Services coded with software Defendant has specifically designed to enable users to backup data to the Slide Box and replicate that data to the Slide Cloud. This backup and replication process, as described above, in the Slide Products and Services plainly performs the steps set forth in at least claim 1 of the '636 Patent. Accordingly, Defendant knew or should have known that the manufacture, use, sale, offer for sale, and importation of the Slide Products and Services infringe the '636 Patent.

102.    Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '636 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT 4: INFRINGEMENT OF THE '424 PATENT

103.    Plaintiffs incorporate by reference the allegations in paragraphs 1-102 above.

104.    The making, use, sale, offer for sale, and importation of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '424 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. To the extent Defendant, its customers, and end users do not literally infringe the '424 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '424 Patent claims, and because the Slide Products and Services differ from the '424 Patent claims only insubstantially.

105.    Defendant also induces infringement of the '424 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to

operate in a manner that Defendant knows infringes the '424 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '424 Patent. Upon information and belief, Defendant has had knowledge of the '424 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide. Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '424 Patent, and has had knowledge of the '424 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026)*.* Alternatively, Defendant has been willfully blind to the existence of the '424 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '424 Patent since at least the filing of this complaint.

106. Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '424 Patent. For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention. Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:

https://slide.tech/ (Last accessed Jan. 10, 2026).

107.    Defendant further encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '424 Patent through the publication of detailed product documentation that describes, among other things, how to set up and configure the Slide Products and Services for backup and replication. https://docs.slide.tech/ (Last accessed Jan. 10, 2026); *see also infra* ¶¶ 111-123.

108.    Defendant also contributes to infringement by its customers and end users of the '424 Patent under 35 U.S.C. § 271(c). The Slide Products and Services are a material part of practicing the '424 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner. For example, the Slide Products and Services are specially designed and intended to practice the '424 Patent claims by enabling the user to backup data to the Slide Box and replicate that data to the Slide Cloud. Upon information and belief, Defendant has had knowledge of the '424 Patent since its issue date, as the patent was immediately assigned

to Datto and a number of former Datto employees currently work at Slide. Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '424 Patent, and has had knowledge of the '424 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully blind to the existence of the '424 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '424 Patent since at least the filing of this complaint.

109.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

110.    Claim 1 of the '424 Patent states as follows:

1.  A processor implemented method for managing the replication and storage of data sets comprising:

> sending a backup request according to a backup and snapshot schedule;

> receiving at a host of a first file system a backup response comprising image enabled backup data reflecting the state and content of a computer device;

> capturing a snapshot of the image enabled backup data, and storing the snapshot in the first file system;

> validating according to a remote backup schedule a vector comprising a data set indicator corresponding to the computer device, and a mirroring relationship between the first file system and a second file system;

> sending a task processing assistance request to a master server comprising a vector identifier, wherein the task processing assistance request is sent according to a first prioritization order comprising a user's defined

> prioritized replication order and a second prioritization
> order comprising a prioritized actions' execution order;
> and
>
> synchronizing the first file system with the second file
> system only after receiving a task processing assistance
> response from the master server validating the mirroring
> relationship.

111. Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 1 of the '424 Patent.

112. Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] processor implemented method for managing the replication and storage of data sets." For example, Defendant advertises on its website that the Slide Products and Services (which comprise the Slide Box, a Slide Agent running on a protected computer, and Slide Cloud servers, all of which contain processors) manage the storage of customers' and end users' data and the replication of that data to the Slide Cloud. *See, e.g.*:

## Why Slide?

### Fast, Secure, and Simple

Slide's cloud-based platform streamlines backup, virtualization, and recovery through a single, secure interface. It's built for MSPs who need security, speed, simplicity, and peace of mind.

### Modern Architecture Built for Scale

Slide uses modern software and NVMe storage from our local appliance to our private cloud. Our architecture delivers faster performance, stronger data protection, and greater reliability than legacy appliance or direct to cloud solutions.

### Support That Works Like a Partner

Our direct-to-tech support model connects you with experienced engineers right away. There are no call menus, no delays, just fast help when you need it. With 24×7

https://slide.tech/products/ (Last accessed Jan. 10, 2026).



| Models | Slide Z1 | Slide R1 | Slide B1 |
|---|---|---|---|
| Storage | Size: 1TB, 2TB, 3TB, 5TB, 8TB, 12TB, or 16TB<br>Type: NVMe SSD<br>Slots: M.2 2280 PCIe 4.0 x4 | Size: Configurable up to 60TB<br>Type: NVMe SSD<br>Slots: u.2 (Up to 10 bays) | Size: Configurable up to 150TB<br>Type: NVMe SSD<br>Slots: u.2 (Up to 24 bays) |
| CPU | Model: AMD Ryzen 7 8845HS<br>Cores/Threads: 8 Cores / 16 Threads<br>Clock Speed: 3.8 GHz Base<br>Cache: 16MB L3 Cache | Model: AMD EPYC 8124P<br>Cores/Threads: 16 Cores / 32 Threads<br>Clock Speed: 2.45 GHz Base<br>Cache: 64MB L3 Cache | Model: AMD EPYC 7542P<br>Cores/Threads: 32 Cores / 64 Threads<br>Clock Speed: 2.8 GHz Base<br>Cache: 256MB L3 Cache |
| Memory | 1TB - 32GB DDR5 4800MHz<br>2TB+ - 64GB DDR5 4800MHz | 256GB DDR5 4800MHz | 512GB DDR4 3200MHz |
| Interfaces | USB4: 1x (40Gbps)<br>USB Type-C: 1x (40Gbps)<br>USB 3.2: 2x (10Gbps)<br>USB 2.0: 2x (480Mbps)<br>LAN: 1x (2.5G) | USB 3.0: 6x (10Gbps)<br>LAN: 2x (10G)<br>IPMI 1x (1G) | USB 3.0: 5x (10Gbps)<br>LAN: 2x (10G)<br>IPMI 1x (1G) |
| Accessories | 1x Power Adapter<br>1x Ethernet Cable | 2x Power Cable / Dual Power Supply<br>1x Rail Kit<br>1x Ethernet Cable | 2x Power Cable / Dual Power Supply<br>1x Rail Kit<br>1x Ethernet Cable |

*Id.* (Last accessed Jan. 10, 2026) (annotated).



[https://docs.slide.tech/backups](https://docs.slide.tech/backups) (Last accessed Jan. 10, 2026).

113.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "sending a backup request according to a backup and snapshot schedule."  For example, Defendant has specifically programmed its software such that the Slide Box sends a backup request to the protected computer.  *See, e.g.*:



Slide uses **image-based backups** to create a snapshot of the entire system, including the operating system, applications, and data. This allows for complete system recovery in case of system failure or data loss. To do this, we use the Volume Shadow Copy Service (VSS) to create a consistent point-in-time snapshot of the system, and then read the data from this snapshot.

Slide Cloud

Replicate snapshots

Perform backup

Protected System with Slide Agent

Slide Box

*Id.* (Last accessed Jan. 10, 2026).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

114. Defendant has specifically programmed its software such that the Slide Box sends these backup requests according to a backup schedule. *See, e.g.*:



https://docs.slide.tech/agents/ (Last accessed Jan. 10, 2026).

115. Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "receiving at a host of a first file system a backup response comprising image enabled backup data reflecting the state and content of a computer

device."  For example, Defendant has specifically programmed its software such that the
Slide Box receives an image-based backup reflecting the state and content of the protected
computer from the protected computer.  *See, e.g.*:



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026) (annotated).

*Id.* (Last accessed Jan. 10, 2026) (annotated).

> **Features:**
>
> - **Block-level backup**: Backing up entire disks allows for virtualization and instant recovery.

https://docs.slide.tech/  (Last accessed Jan. 10, 2026).

116.    Additionally, Defendant has specifically programmed its software such that the Slide Box has a first file system.  *See, e.g.*:

The Snapshots page shows a list of all snapshots that have been taken of your protected systems. A snapshot is an image copy of the protected system that can be used to restore your system. Snapshots are created when a backup succeeds. Clicking on a snapshot will show you more details about the snapshot, and allow you to restore from it.



*Snapshot list across all Slide Agents*

https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026).

117. Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "capturing a snapshot of the image enabled backup data, and storing the snapshot in the first file system." For example, Defendant has specifically programmed its software such that after receiving the image-based backup from the protected computer, the Slide Box captures a snapshot and stores it in its file system. *See, e.g.*:



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

The main snapshot list shows the following information:

- **Backup Started/Ended**: Start and end time of the backup corresponding to this snapshot.

- **Protected System**: Name of the protected system that was backed up.

- **Local**: Indicates whether the snapshot is stored locally (📲) on the Slide Box, or whether it was already deleted (📲), e.g. due to a retention policy or manual deletion.

- **Cloud**: Indicates whether the snapshot is stored in the Slide Cloud (☁), or whether it was already deleted (☁), e.g. due to a retention policy or manual deletion.

- **Verified**: Shows a checkmark (✓) if the snapshot was verified, i.e. the file system integrity of the snapshot was checked and confirmed. If the checkmark is missing, the snapshot was not yet verified. There may also be warnings or errors if the verification has failed.

- **Tags**: Snapshots automatically get tagged for various reasons:

  - **Retention Tags**: Snapshots tagged "intra-daily", "daily", "weekly", "monthly", or "yearly" are kept for the corresponding retention period. See Snapshot Retention for more details.

  - **Restore Tag**: Snapshots tagged "restore" have an active restore. Check the Restores page for more information.

  - **Cloud Link Tag**: Snapshots tagged "cloud link" are the crucial link between the local and remote backup chain in the Slide Cloud. This is typically the latest snapshot that was uploaded to the Slide Cloud. Only one snapshot per protected system can have this tag. **Snapshots with this tag cannot be deleted.**

- **Actions**: The last column shows a three-dot menu from which you can either create a restore, or delete the snapshot locally or in the Slide Cloud. The available actions depend on the snapshot's state. See Restoring from a Snapshot and Deleting a Snapshot for details.

https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026) (annotated).

118.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "validating according to a remote backup schedule a vector comprising a data set indicator corresponding to the computer device, and a mirroring relationship between the first file system and a second file system."  For example, Defendant has specifically programmed its software such that the Slide Box replicates a snapshot to the Slide Cloud according to a replication schedule.  *See, e.g.*:

## Console v1.0.5 🔖

Released on Oct 11, 2024

**Features:**

- Add shipping name when accepting quote
- Attach quote PDF to emails (Ticket 1188)
- Show open quotes only in console (Ticket 1194)
- Update quote accept workflow (Ticket 1152)

**Bug fixes + maintenance:**

- Improve console responsiveness (Ticket 1182)
- Update device provisioned text (Ticket 1197)
- Fixed pairing model closing while in use (Ticket 694)
- Show "Replication scheduled" (blue) if replication < 2h behind (Ticket 1183)

https://docs.slide.tech/releases/#console-v105 (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

## Components

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

119.    Upon information and belief, Defendant has specifically programmed its

software such that as part of the replication process a vector comprising a data set indicator

corresponding to the protected device, and a mirroring relationship between the Slide Box's file system and a file system on the Slide Cloud, is validated.

120.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "sending a task processing assistance request to a master server comprising a vector identifier, wherein the task processing assistance request is sent according to a first prioritization order comprising a user's defined prioritized replication order and a second prioritization order comprising a prioritized actions' execution order."

121.    Upon information and belief, Defendant has specifically programmed its software such that before replicating a snapshot to the Slide Cloud, the Slide Box sends a task processing assistance request comprising a vector identifier to a master server. Upon information and belief, Defendant has specifically programmed its software such that the task processing assistance request is sent according to a first prioritization order comprising a user's defined prioritized replication order and a second prioritization order comprising a prioritized actions' execution order.

122.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "synchronizing the first file system with the second file system only after receiving a task processing assistance response from the master server validating the mirroring relationship." For example, Defendant has specifically programmed its software such that the Slide Box replicates the snapshot to the Slide Cloud. *See, e.g.*:



[https://docs.slide.tech/backups/](https://docs.slide.tech/backups/) (Last accessed Jan. 10, 2026) (annotated).

## Components

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

| Hostname | Network | Ports | Protocols | Description |
|---|---|---|---|---|
| cloud.slide.tech | 159.89.241.157 | 443 | tcp | Slide Cloud |
| logs.slide.tech | 161.35.250.188 | 443 | tcp | Log server for diagnostics |
| update.slide.tech | 138.197.50.39 | 443 | tcp | Software Updates |
| * | 64.21.186.32/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |
| * | 67.196.160.128/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |

https://docs.slide.tech/network/ (Last accessed Jan. 10, 2026) (annotated).

123.    Upon information and belief, Defendant has specifically programmed its software such that the snapshot replication occurs after the Slide Box receives a task

processing assistance response from the master server validating the mirroring relationship between the Slide Box's file system and the file system on the Slide Cloud.

124.    As a result of Defendant's infringement of the '424 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

125.    Plaintiffs are entitled to past damages for Defendant's infringement of the '424 Patent.  Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287.  *See* https://www.kaseya.com/legal/kaseya-patents/.

126.    Defendant's infringement of the '424 Patent has been deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant has had actual knowledge of the '424 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '424 Patent, and has had knowledge of the '424 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026*)*. Alternatively, Defendant has been willfully blind to the existence of the '424 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '424 Patent since at least the filing of this complaint.  Yet Defendant still proceeded to develop and launch the Slide Products and Services coded with software Defendant has specifically

designed to enable users to backup data to the Slide Box and replicate that data to the Slide Cloud. This backup and replication process, as described above, in the Slide Products and Services plainly performs the steps set forth in at least claim 1 of the '424 Patent. Accordingly, Defendant knew or should have known that the manufacture, use, sale, offer for sale, and importation of the Slide Products and Services infringe the '424 Patent.

127.    Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '424 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT 5: INFRINGEMENT OF THE '057 PATENT

128.    Plaintiffs incorporate by reference the allegations in paragraphs 1-127 above.

129.    The Slide Products and Services and/or the use of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '057 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. To the extent Defendant, its customers, and end users do not literally infringe the '057 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '057 Patent claims, and because the Slide Products and Services differ from the '057 Patent claims only insubstantially.

130.    Defendant also induces infringement of the '057 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '057 Patent and by encouraging its

customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '057 Patent. Upon information and belief, Defendant has had knowledge of the '057 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide. Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '057 Patent, and has had knowledge of the '057 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully blind to the existence of the '057 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '057 Patent since at least the filing of this complaint.

131.    Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '057 Patent. For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention. Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:

**Real Experts. No Hassle. Direct-to-Tech Support.**

Our direct-to-tech support team is just a call, email, or (soon) chat away—no endless phone prompts, no frustrating transfers. You'll reach one of our in-house experts from the start, ready to help you protect your customers' digital assets. And, with 24×7 disaster recovery support, you can trust that Slide will be by your side when you need us most. Real people. Real answers. Right when you need them.

Voice: (888) 314-4884
Email: support@slide.tech
Chat: Coming Soon

Become A Partner

https://slide.tech/ (Last accessed Jan. 10, 2026).

132.    Defendant further encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '057 Patent through the publication of detailed product documentation that describes, among other things, how to set up and configure the Slide Products and Services for backup and replication. https://docs.slide.tech/ (Last accessed Jan. 10, 2026); *see also infra* ¶¶ 136-147.

133.    Defendant also contributes to infringement by its customers and end users of the '057 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '057 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Slide Products and Services are specially designed and intended to practice the '057 Patent claims by enabling the user to backup data to the Slide Box and replicate that data to the Slide Cloud.  Upon information and belief, Defendant has had knowledge of the '057 Patent since its issue date, as the patent was immediately assigned

to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '057 Patent, and has had knowledge of the '057 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '057 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '057 Patent since at least the filing of this complaint.

134.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

135.    Claim 1 of the '057 Patent states as follows:

1.  A processor implemented method for managing the replication and storage of data sets comprising:

> sending a backup request according to a backup and snapshot schedule;

> receiving at a host of a first file system a backup response comprising image enabled backup data reflecting the state and content of a computer device;

> capturing a snapshot of the image enabled backup data, and storing the snapshot in the first file system;

> validating according to a remote backup schedule a vector comprising a data set indicator corresponding to the computer device, and a mirroring relationship between the first file system and a second file system;

> sending a task processing assistance request to a master server comprising a vector identifier, wherein the task processing assistance request comprises at least one of: a first plurality of metrics related to the operational state

of the first file system, and a first plurality of metrics related to the operational state of the second file system; and

synchronizing the first file system with the second file system only after receiving a task processing assistance response from the master server validating the mirroring relationship.

136.    Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 1 of the '057 Patent.

137.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] processor implemented method for managing the replication and storage of data sets." For example, Defendant advertises on its website that the Slide Products and Services (which comprise the Slide Box, a Slide Agent running on a protected computer, and Slide Cloud servers, all of which contain processors) manage the storage of customers' and end users' data and the replication of that data to the Slide Cloud. *See, e.g.*:

# Why Slide?

## Fast, Secure, and Simple

Slide's cloud-based platform streamlines backup, virtualization, and recovery through a single, secure interface. It's built for MSPs who need security, speed, simplicity, and peace of mind.

## Modern Architecture Built for Scale

Slide uses modern software and NVMe storage from our local appliance to our private cloud. Our architecture delivers faster performance, stronger data protection, and greater reliability than legacy appliance or direct to cloud solutions.

## Support That Works Like a Partner

Our direct-to-tech support model connects you with experienced engineers right away. There are no call menus, no delays, just fast help when you need it. With 24×7

https://slide.tech/products/ (Last accessed Jan. 10, 2026).

| Models | Slide Z1 | Slide R1 | Slide B1 |
|---|---|---|---|
| Storage | Size: 1TB, 2TB, 3TB, 5TB, 8TB, 12TB, or 16TB<br>Type: NVMe SSD<br>Slots: M.2 2280 PCIe 4.0 x4 | Size: Configurable up to 60TB<br>Type: NVMe SSD<br>Slots: u.2 (Up to 10 bays) | Size: Configurable up to 150TB<br>Type: NVMe SSD<br>Slots: u.2 (Up to 24 bays) |
| CPU | Model: AMD Ryzen 7 8845HS<br>Cores/Threads: 8 Cores / 16 Threads<br>Clock Speed: 3.8 GHz Base<br>Cache: 16MB L3 Cache | Model: AMD EPYC 8124P<br>Cores/Threads: 16 Cores / 32 Threads<br>Clock Speed: 2.45 GHz Base<br>Cache: 64MB L3 Cache | Model: AMD EPYC 7542P<br>Cores/Threads: 32 Cores / 64 Threads<br>Clock Speed: 2.8 GHz Base<br>Cache: 256MB L3 Cache |
| Memory | 1TB - 32GB DDR5 4800MHz<br>2TB+ - 64GB DDR5 4800MHz | 256GB DDR5 4800MHz | 512GB DDR4 3200MHz |
| Interfaces | USB4: 1x (40Gbps)<br>USB Type-C: 1x (40Gbps)<br>USB 3.2: 2x (10Gbps)<br>USB 2.0: 2x (480Mbps)<br>LAN: 1x (2.5G) | USB 3.0: 6x (10Gbps)<br>LAN: 2x (10G)<br>IPMI 1x (1G) | USB 3.0: 5x (10Gbps)<br>LAN: 2x (10G)<br>IPMI 1x (1G) |
| Accessories | 1x Power Adapter<br>1x Ethernet Cable | 2x Power Cable / Dual Power Supply<br>1x Rail Kit<br>1x Ethernet Cable | 2x Power Cable / Dual Power Supply<br>1x Rail Kit<br>1x Ethernet Cable |

*Id.* (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026).

138.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "sending a backup request according to a backup and snapshot schedule."  For example, Defendant has specifically programmed its software such that the Slide Box sends a backup request to the protected computer.  *See, e.g.*:

*Id.* (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026) (annotated).

139.     Defendant has specifically programmed its software such that the Slide Box sends these backup requests according to a backup schedule.  *See, e.g.*:



https://docs.slide.tech/agents/ (Last accessed Jan. 10, 2026).

140.     Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "receiving at a host of a first file system a backup response comprising image enabled backup data reflecting the state and content of a computer

device."  For example, Defendant has specifically programmed its software such that the

Slide Box receives an image-based backup reflecting the state and content of the protected

computer from the protected computer.  *See, e.g.*:



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026) (annotated).

**Backup Process**

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

**Features:**

- **Block-level backup**: Backing up entire disks allows for virtualization and instant recovery.

https://docs.slide.tech/  (Last accessed Jan. 10, 2026).

141.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "capturing a snapshot of the image enabled backup data, and storing the snapshot in the first file system."  For example, Defendant has specifically programmed its software such that after receiving the image-based backup from the protected computer, the Slide Box captures a snapshot and stores it in its file system.  *See, e.g.*:



https://docs.slide.tech/backups (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

The main snapshot list shows the following information:

- **Backup Started/Ended**: Start and end time of the backup corresponding to this snapshot.

- **Protected System:** Name of the protected system that was backed up.

- **Local:** Indicates whether the snapshot is stored locally ( ) on the Slide Box, or whether it was already deleted ( ), e.g. due to a retention policy or manual deletion.

- **Cloud:** Indicates whether the snapshot is stored in the Slide Cloud ( ), or whether it was already deleted ( ), e.g. due to a retention policy or manual deletion.

- **Verified:** Shows a checkmark ( ) if the snapshot was verified, i.e. the file system integrity of the snapshot was checked and confirmed. If the checkmark is missing, the snapshot was not yet verified. There may also be warnings or errors if the verification has failed.

- **Tags:** Snapshots automatically get tagged for various reasons:

  - **Retention Tags:** Snapshots tagged "intra-daily", "daily", "weekly", "monthly", or "yearly" are kept for the corresponding retention period. See Snapshot Retention for more details.

  - **Restore Tag:** Snapshots tagged "restore" have an active restore. Check the Restores page for more information.

  - **Cloud Link Tag:** Snapshots tagged "cloud link" are the crucial link between the local and remote backup chain in the Slide Cloud. This is typically the latest snapshot that was uploaded to the Slide Cloud. Only one snapshot per protected system can have this tag. **Snapshots with this tag cannot be deleted.**

- **Actions:** The last column shows a three-dot menu from which you can either create a restore, or delete the snapshot locally or in the Slide Cloud. The available actions depend on the snapshot's state. See Restoring from a Snapshot and Deleting a Snapshot for details.

https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026) (annotated).

142.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "validating according to a remote backup schedule a vector comprising a data set indicator corresponding to the computer device, and a mirroring relationship between the first file system and a second file system."   For example, Defendant has specifically programmed its software such that the Slide Box replicates a snapshot to the Slide Cloud according to a replication schedule.  *See, e.g.*:

## Console v1.0.5 🔖

Released on Oct 11, 2024

**Features:**

- Add shipping name when accepting quote
- Attach quote PDF to emails (Ticket 1188)
- Show open quotes only in console (Ticket 1194)
- Update quote accept workflow (Ticket 1152)

**Bug fixes + maintenance:**

- Improve console responsiveness (Ticket 1182)
- Update device provisioned text (Ticket 1197)
- Fixed pairing model closing while in use (Ticket 694)
- Show "Replication scheduled" (blue) if replication < 2h behind (Ticket 1183)

https://docs.slide.tech/releases/#console-v105 (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

## Components

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

143. Upon information and belief, Defendant has specifically programmed its software such that, as part of the replication process, there is validation of a vector

comprising a data set indicator corresponding to the protected device, and a mirroring relationship between the Slide Box's file system and a file system on the Slide Cloud.

144.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "sending a task processing assistance request to a master server comprising a vector identifier, wherein the task processing assistance request comprises at least one of: a first plurality of metrics related to the operational state of the first file system, and a first plurality of metrics related to the operational state of the second file system."

145.    Upon information and belief, before replicating a snapshot to the Slide Cloud, Defendant has specifically programmed its software such that the Slide Box sends a task processing assistance request comprising a vector identifier to a master server.  Upon information and belief, Defendant has specifically programmed its software such that the task processing assistance comprises at least one of: a first plurality of metrics related to the operational state of the first file system, and a first plurality of metrics related to the operational state of the second file system.

146.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "synchronizing the first file system with the second file system only after receiving a task processing assistance response from the master server validating the mirroring relationship."  For example, Defendant has specifically programmed its software such that the Slide Box replicates the snapshot to the Slide Cloud.  *See, e.g.*:



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

## Components

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

## Backup Process

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).



| Hostname | Network | Ports | Protocols | Description |
|---|---|---|---|---|
| cloud.slide.tech | 159.89.241.157 | 443 | tcp | Slide Cloud |
| logs.slide.tech | 161.35.250.188 | 443 | tcp | Log server for diagnostics |
| update.slide.tech | 138.197.50.39 | 443 | tcp | Software Updates |
| * | 64.21.186.32/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |
| * | 67.196.160.128/27 | 443 | tcp,udp | Slide Cloud backup servers and gateways |

https://docs.slide.tech/network/ (Last accessed Jan. 10, 2026) (annotated).

147.    Upon information and belief, Defendant has specifically programmed its software such that the snapshot replication occurs after the Slide Box receives a task

processing assistance response from the master server, validating the mirroring relationship between the Slide Box's file system and the file system on the Slide Cloud.

148.    As a result of Defendant's infringement of the '057 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

149.    Plaintiffs are entitled to past damages for Defendant's infringement of the '057 Patent.  The '057 Patent only includes method claims and thus is not subject to the marking requirements of 35 U.S.C. § 287.  Nonetheless, Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287.  *See* https://www.kaseya.com/legal/kaseya-patents/.

150.    Defendant's infringement of the '057 Patent has been deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant has had actual knowledge of the '057 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '057 Patent, and has had knowledge of the '057 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026)*.* Alternatively, Defendant has been willfully blind to the existence of the '057 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '057

Patent since at least the filing of this complaint. Yet Defendant still proceeded to develop and launch the Slide Products and Services coded with software Defendant has specifically designed to enable users to backup data to the Slide Box and replicate that data to the Slide Cloud. This backup and replication process, as described above, in the Slide Products and Services plainly performs the steps set forth in at least claim 1 of the '057 Patent. Accordingly, Defendant knew or should have known that the use of the Slide Products and Services infringe the '057 Patent.

151.    Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '057 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT 6: INFRINGEMENT OF THE '907 PATENT

152.    Plaintiffs incorporate by reference the allegations in paragraphs 1-151 above.

153.    The making, use, sale, offer for sale, and importation of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '907 Patent (including at least claim 1) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. To the extent Defendant, its customers, and end users do not literally infringe the '907 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '907 Patent claims, and because the Slide Products and Services differ from the '907 Patent claims only insubstantially.

154.    Defendant also induces infringement of the '907 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '907 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '907 Patent.  Upon information and belief, Defendant has had knowledge of the '907 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '907 Patent, and has had knowledge of the '907 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ *(Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '907 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '907 Patent since at least the filing of this complaint.

155.    Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '907 Patent.  For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention.  Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets."  *See, e.g.*:

https://slide.tech/ (Last accessed Jan. 10, 2026).

156.    Defendant further encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '907 Patent through the publication of detailed product documentation that describes, among other things, how to set up and configure the Slide Products and Services to restore a protected system in a recovered network.  https://docs.slide.tech/ (last accessed Jan. 10, 2026); *see also infra* ¶¶ 160-169.

157.    Defendant also contributes to infringement by its customers and end users of the '907 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '907 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Slide Products and Services are specially designed and intended to practice the '907 Patent claims by enabling the user to restore a recovered network and a network asset as a virtual machine.  Upon information and belief, Defendant has had

knowledge of the '907 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide. Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '907 Patent, and has had knowledge of the '907 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully blind to the existence of the '907 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '907 Patent since at least the filing of this complaint.

158.   Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

159.   Claim 1 of the '907 Patent states as follows:

1.  A method facilitating business continuity of an enterprise computer network, comprising:

    receiving an initiate network recovery message at a disaster recovery orchestration platform identifying an enterprise computer network to be recovered, the disaster recovery orchestration platform including at least one platform computing device, each platform computing device including at least one processor and associated memory;

    retrieving predetermined network configuration information associated with the enterprise computer network from a storage device accessible to the disaster recovery orchestration platform;

    building a virtual recovered enterprise network in a virtual computing environment based at least in part on the predetermined network configuration information;

receiving an initiate protected asset restoration message at the disaster recovery orchestration platform identifying a protected network asset associated with the enterprise computer network to be restored to the virtual recovered enterprise network;

extracting predetermined asset configuration information associated with the protected network asset from the predetermined network configuration information, wherein the predetermined asset configuration information includes asset interface information, asset operating parameters, variable parameter values, and fixed parameter values;

retrieving a backup version of the protected network asset from an enterprise network backup repository associated with the enterprise computer network; and

building a virtual machine representative of the protected network asset in the virtual recovered enterprise network based at least in part on the predetermined asset configuration information and the backup version of the protected network asset.

160.    Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 1 of the '907 Patent.

161.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] method facilitating business continuity of an enterprise computer network." For example, Defendant advertises on its website that the Slide Products and Services support business continuity and disaster recovery for customer data.  *See, e.g.*:

**About Slide**

Slide is a modern, security-first Business Continuity & Disaster Recovery (BCDR) company built exclusively for Managed Service Providers. Founded by Austin McChord (Datto Founder & former CEO) and Michael Fass (former Datto General Counsel & Chief People Officer), Slide is led by a team of industry veterans with deep expertise in backup, disaster recovery, and cybersecurity. Built from scratch, from a clean-room code base, free from legacy technical debt, to deliver the MSP-centric backup and recovery platform of the future. By focusing on security, performance, and simplicity, Slide provides a powerful, cost-effective, and easy-to-use solution that ensures MSPs can protect their clients' data without the constraints of outdated technology and restrictive pricing models.

Watch Our Origin Story

https://slide.tech/about-slide/ (Last accessed Jan. 10, 2026).

162. Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform the step of "receiving an initiate network recovery message at a disaster recovery orchestration platform identifying an enterprise computer network to be recovered, the disaster recovery orchestration platform including at least one platform computing device, each platform computing device including at least one processor and associated memory." For example, Defendant has specifically programmed its software such that users utilizing the Slide Products and Services access, via a website interface, the Slide Console hosted on one or more servers, which include at least one processor and associated memory. Further, Defendant has specifically programmed its software such that from the website interface the user may choose to restore a protected system by booting a backup of the protected system as a virtual machine (VM). *See, e.g.*:

After you have successfully backed up a protected system, you can initiate a restore from the Restores page. Slide offers several restore options, including virtualization, file restore, and image export. Other restore options will be added in the future.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026).

163. Defendant has specifically programmed its software such that before the VM is created, the user may also select a network to be recovered. Defendant has specifically programmed its software such that the Slide Console receives a message to recover the selected network. *See, e.g.*:

---

### Attaching Virtual Machines

Once a network is created, use the restores page to create a new Virtual Machine. In the create dialog, choose the network you just created and start the VM.

The physical location of the VM does not matter, as long as it is attached to the network. It can be on any Slide Box, or in the Slide Cloud. The VM will be able to communicate with other VMs in the network, regardless of their physical location.

---

https://docs.slide.tech/networks/ (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026) (annotated).

Available network options:

- **Disaster Networks**: The virtual machine will be connected to the Disaster Network you defined. Disaster networks are private networks that allow you connect VMs across different locations. Learn more on the Networks page.

- **Bridged Networks**: The virtual machine will be connected to the Bridged Network you defined. Bridged networks are networks that are bridged to the local network of a specific Slide Box. VMs can be attached to bridged networks regardless of their physical location, and will then receive an IP address from the local DHCP server. Learn more on the Networks page.

- **Bridge to local network** (only available on Slide Box): The virtual machine will be connected to the same network as the Slide Box. The VM will receive an IP address from the local DHCP server, and will be able to communicate with other devices on the local network.

- **Shared NAT** (only available on Slide Box): The virtual machine will be connected to a dedicated network with its own IP space. The machine will have internet access, and will be able to access other VMs on the same Slide Box.

- **Isolated NAT**: The virtual machine will be connected to a dedicated network with its own IP space. The machine will have internet access, but is isolated from other virtual machines.

- **No network**: The virtual machine will not be connected to any network.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

164.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "retrieving predetermined network configuration information associated with the enterprise computer network from a storage device accessible to the disaster recovery orchestration platform."  For example, the network to be recovered may be a disaster network having configuration settings preset by the user.  Defendant has specifically programmed its software such that this predetermined network configuration information is obtained from a storage device accessible to the Slide Console.  *See, e.g.*:

> Creating a Disaster Network
>
> You can create a Disaster Network by clicking on the "Create Network" button in the top right corner:

[https://docs.slide.tech/networks/](https://docs.slide.tech/networks/) (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026).

When creating a Disaster Network, you can specify the following options:

- **Name**: The name of the network.

- **Client**: A client that this network is associated with. Choosing a client will restrict the protected systems that virtualizations can be attached to. **We highly recommend setting a client** to avoid accidentally attaching a VM to the wrong network.

- **Router IP/Prefix**: The IP address and prefix of the router. This defines the subnet of the network, as well as the router's IP address. You can pick any private network prefix, i.e. any networks contained within 10.0.0.0/8, 172.16.0.0/12, or 192.168.0.0/16. The router IP address must be within the specified prefix. The default is 192.168.177.1/24.

- **Internet**: If enabled, VMs in the network will have access to the Internet. If disabled, VMs will be able to communicate with one another, but not with the Internet.

- **DHCP**: If enabled, a DHCP server will be created on the network. This means that VMs attached to the network will receive an IP address automatically. If disabled, you will need to assign IP addresses manually. You can configure the DHCP range, as well as the DNS servers that the DHCP offer will contain.

- **WireGuard**: If enabled, a WireGuard VPN server will be created on the network. This allows you to connect to the network from anywhere in the world using WireGuard. Pick a WireGuard server IP address, and a network prefix for the WireGuard peers. The network prefix should be distinct from the router prefix you pick. You can configure WireGuard clients after creating the network.

*Id.* (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026) (annotated).

165.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "building a virtual recovered enterprise network in a virtual computing environment based at least in part on the predetermined network configuration information."  For example, Defendant has specifically programmed its software such that, as part of the process of restoring a protected system as a VM, the Slide Box or Slide Cloud builds the selected network in a virtual environment based on the predetermined network configuration information.



*Id.* (Last accessed Jan. 10, 2026).

166.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "receiving an initiate protected asset restoration message at the disaster recovery orchestration platform identifying a protected network asset associated with the enterprise computer network to be restored to the virtual recovered enterprise network."  For example, Defendant has specifically programmed its software such that, via

the Slide Console's website interface, the user may choose to restore a protected system, which is a network asset, by booting a backup of the network asset as a VM. *See supra* ¶ 162. Defendant has specifically programmed its software such that the network asset may be associated with the network to be recovered. Defendant has specifically programmed its software such that the Slide Console receives the network asset restoration message.



https://docs.slide.tech/networks/ (Last accessed Jan. 10, 2026) (annotated).

The "Create Virtual Machine" dialog lets you pick the protected system you'd like to restore, as well as a snapshot to restore from. You can also choose the virtualization location (local or cloud) and the virtualization settings (e.g. CPU, memory, and network).

Here's an overview of all settings in the "Basic" tab:

- **Protected System**: The protected system you'd like to restore.

- **Snapshot**: The snapshot you'd like to restore from.

- **Location**: The location where the virtual machine will be created. This is either the local Slide Box or the Slide Cloud. If the snapshot is not available in both locations, you can only choose the location where the snapshot is available.

- **Purpose**: The purpose of the virtual machine. Available options are:

  - **Test** (default): The virtual machine is for testing purposes. The machine will automatically expire and be deleted after **2 weeks** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.

  - **Disaster**: The virtual machine is being created in a disaster scenario. The machine will automatically expire and be deleted after **2 months** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.

- **Network:** The network the virtual machine will be connected to. Available options are described in the networking section as well as in the networks page.

- **CPUs**: The number of virtual CPUs the virtual machine will have.

- **Memory**: The amount of memory the virtual machine will have.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026) (annotated).

167.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "extracting predetermined asset configuration information associated with the protected network asset from the predetermined network configuration information, wherein the predetermined asset configuration information includes asset interface information, asset operating parameters, variable parameter values, and fixed parameter values." For example, as described above predetermined network configuration

information is obtained.  *See supra* ¶ 164.  Upon information and belief, Defendant has specifically programmed its software such that this network configuration information stored with predetermined configuration information of the network asset, including asset interface information, asset operating parameters, variable parameter values, and fixed parameter values.  Upon information and belief, Defendant has specifically programmed its software such that this predetermined asset configuration information is extracted from the predetermined network configuration information.

168.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "retrieving a backup version of the protected network asset from an enterprise network backup repository associated with the enterprise computer network." For example, Defendant has specifically programmed its software such that as part of the process of restoring the network asset as a VM, a snapshot of the network asset is retrieved from storage on the Slide Box or the Slide Cloud. *See*, *e.g.*:

The Snapshots page shows a list of all snapshots that have been taken of your protected systems. A snapshot is an image copy of the protected system that can be used to restore your system. Snapshots are created when a backup succeeds. Clicking on a snapshot will show you more details about the snapshot, and allow you to restore from it.

https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026).



https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

- **Local:** Indicates whether the snapshot is stored locally () on the Slide Box, or whether it was already deleted (), e.g. due to a retention policy or manual deletion.

- **Cloud:** Indicates whether the snapshot is stored in the Slide Cloud (), or whether it was already deleted (), e.g. due to a retention policy or manual deletion.

https://docs.slide.tech/snapshots/ (Last accessed Jan. 10, 2026).



https://docs.slide.tech/networks/ (Last accessed Jan. 10, 2026) (annotated).

169.   Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "building a virtual machine representative of the protected network asset in the virtual recovered enterprise network based at least in part on the predetermined asset configuration information and the backup version of the protected

network asset." For example, Defendant has specifically programmed its software such that the Slide Box or Slide Cloud restores the network asset as a VM that is created based on the snapshot of the network asset. Defendant has specifically programmed its software such that this VM may be connected to the recovered network. Upon information and belief, Defendant has specifically programmed its software such that the creation of the VM connected to the recovered network is based at least in part on the network asset configuration information. *See, e.g.*:



The "Create Virtual Machine" dialog lets you pick the protected system you'd like to restore, as well as a snapshot to restore from. You can also choose the virtualization location (local or cloud) and the virtualization settings (e.g. CPU, memory, and network).

Here's an overview of all settings in the "Basic" tab:

- **Protected System**: The protected system you'd like to restore.
- **Snapshot**: The snapshot you'd like to restore from.
- **Location**: The location where the virtual machine will be created. This is either the local Slide Box or the Slide Cloud. If the snapshot is not available in both locations, you can only choose the location where the snapshot is available.
- **Purpose**: The purpose of the virtual machine. Available options are:
  - **Test** (default): The virtual machine is for testing purposes. The machine will automatically expire and be deleted after **2 weeks** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.
  - **Disaster**: The virtual machine is being created in a disaster scenario. The machine will automatically expire and be deleted after **2 months** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.
- **Network**: The network the virtual machine will be connected to. Available options are described in the networking section as well as in the networks page.
- **CPUs**: The number of virtual CPUs the virtual machine will have.
- **Memory**: The amount of memory the virtual machine will have.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026) (annotated).



https://docs.slide.tech/networks/ (Last accessed Jan. 10, 2026).



*Id.* (Last accessed Jan. 10, 2026).

170.    As a result of Defendant's infringement of the '907 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

171.    Plaintiffs are entitled to past damages for Defendant's infringement of the '907 Patent.  Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287.  *See* https://www.kaseya.com/legal/kaseya-patents/.

172.    Defendant's infringement of the '907 Patent has been deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant has had actual knowledge of the '907 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '907 Patent, and has had knowledge of the '907 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '907 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '907 Patent since at least the filing of this complaint.  Yet Defendant still proceeded to develop and launch the Slide Products and Services coded with software Defendant has specifically designed to enable users to create a virtualization to "let[] [them] instantly boot a backup as a virtual machine, either on your local Slide Box or in the Slide Cloud." https://docs.slide.tech/restores/.  The users can create a virtual machine which "lets [them] pick the protected system [they would] like to restore, as well as a snapshot to restore from."  *Id.*  The utilization of restores through virtual machine, as described above, in the Slide Products and Services, plainly performs the steps set forth in at least claim 1 of the

'907 Patent. Accordingly, Defendant knew or should have known that the manufacture, use, sale, offer for sale, and importation of the Slide Products and Services infringe the '907 Patent.

173.    Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '907 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT 7: INFRINGEMENT OF THE '688 PATENT

174.    Plaintiffs incorporate by reference the allegations in paragraphs 1-173 above.

175.    The Slide Products and Services and/or the use of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '688 Patent (including at least claim 11) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents. To the extent Defendant, its customers, and end users do not literally infringe the '688 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '688 Patent claims, and because the Slide Products and Services differ from the '688 Patent claims only insubstantially.

176.    Defendant also induces infringement of the '688 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '688 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '688 Patent. Upon information and belief, Defendant has had

knowledge of the '688 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide. Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '688 Patent, and has had knowledge of the '688 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully blind to the existence of the '688 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '688 Patent since at least the filing of this complaint.

177. Defendant both encourages and instructs its customers and end users to use the Slide Products and Services in a manner that infringes the '688 Patent. For example, Slide provides technical support to its customers on how to use products in such a way as to infringe the patented invention. Slide advertises that it employs a "direct-to-tech support team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:

https://slide.tech/ (Last accessed Jan. 10, 2026).

178.    Defendant further encourages and instructs its customers to use the Slide Products and Services in a manner that infringes the '688 Patent through the publication of detailed product documentation that describes, among other things, how to set up and configure the Slides Products and Services for backup and to restore a protected system. https://docs.slide.tech/ (Last accessed Jan. 10, 2026); *see also infra* ¶¶ 182-198.

179.    Defendant also contributes to infringement by its customers and end users of the '688 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '688 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner.  For example, the Slide Products and Services are specially designed and intended to practice the '688 Patent claims by enabling the user to backup an operating system image to a local device, use incremental backups, and boot the operating system through a local virtualization.  Upon information and belief, Defendant has had knowledge of the '688

Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '688 Patent, and has had knowledge of the '688 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '688 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '688 Patent since at least the filing of this complaint.

180.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

181.    Claim 11 of the '688 Patent states as follows:

> 11. A method of updating an operating system on a target device using incremental updates, comprising:
>
> storing, in a target device first data set a first operating system image;
>
> storing, in a target device second data set, a snapshot of the first operating system image comprising a first set of data blocks representing the first operating system image and information pointing to the first set of data blocks;
>
> receiving, by the target device and from a remote storage device, data equivalent to a snapshot of a second operating system image, wherein the second operating system image is an image of an updated version of the first operating system image and wherein the data equivalent to a snapshot of the second operating system image includes at least one additional data block representing one or more pairwise differences between

the snapshot of the first operating system image and the snapshot of the second operating system image;

forming the snapshot of second operating system image from the data equivalent to the snapshot of the second operating system image, wherein the snapshot of the second operating system image comprises at least one of the blocks in the first set of data blocks and the at least one additional data block;

storing, in the target device second data set, the snapshot of the second operating system image;

exporting, to the target device first data set, a second operating system image containing data representative of the snapshot of the second operating system image;

storing, in the target device first data set the second operating system image; and

booting the target device using the second operating system image.

182.    Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 11 of the '688 Patent.

183.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] method of updating an operating system on a target device using incremental updates."  For example, Defendant advertises on its website that the Slide Products and Services perform image-based backups of a protected computer, including its operating system, to create snapshots that are stored on the Slide Box.  *See, e.g.*:



https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

184.    Defendant has specifically programmed its software such that the Slide

Products and Services are capable of performing incremental backups which "cop[y] only

the data that has changed since the last backup." *See, e.g.*:

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

There are three main types of backups:

- **Full Backup**: A complete copy of all data. This usually happens once when a Slide Agent (or a new volume) is first added.

- **Differential Backup** (aka "diff merge"): Compares the latest snapshot on the Slide Box with the data on the Slide Agent and then copies only data that has changed since. This is usually faster than a full backup, because not all data has to be copied, but slower than an incremental backup.

- **Incremental Backup**: Copies only the data that has changed since the last backup. This is the fastest and most space-efficient backup type, but requires a dedicated Windows driver to track changes. To load this driver and support incremental backups, the Slide Agent must be restarted once after installation.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

185.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform the step of "storing, in a target device first data set a first operating system image." Upon information and belief, Defendant has specifically programmed its software such that

the Slide Box comprises at least two data sets—a first data set to store operating system images for local virtualizations and a second data set to store snapshots of the operating system images.

186.    For example, Defendant has specifically programmed its software such that the Slide Box stores a snapshot of a protected computer's operating system image from a first point in time in the second data set, which is a Zettabyte File System (ZFS) data set. *See, e.g.*:

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

> A Slide Box stores your backup data in ZFS format with ZFS native encryption. The disk(s) in a Slide Box contain a ZFS pool named `slide` that can be accessed using Ubuntu Linux (or any other Linux distribution that supports ZFS).
>
> Your backup data is organized in the pool as follows:
>
> - **Pool name**: `slide`
> - **Agent datasets**: Located at `slide/agents/a_*` (where `*` is a unique identifier for each agent)
> - **Encryption**: Each agent dataset is encrypted using ZFS native encryption with individual keys
> - **Backup files**: Within each agent dataset, backup data is stored as `disk_*.raw` files (one file per raw disk, containing all partitions/volumes)

https://docs.slide.tech/guides/manually-accessing-slide-box-backups/ (Last accessed Jan. 10, 2026).

187.    Defendant has specifically programmed its software such that the Slide Box can boot the operating system image from the first point in time as a virtual machine (VM) on the Slide Box. *See, e.g.*:

> A virtualization lets you instantly boot a backup as a virtual machine, either on your local Slide Box or in the Slide Cloud. This is incredibly useful for instantly getting the protected system back up and running in the event of a disaster or for testing purposes.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

188.    Upon information and belief, Defendant has specifically programmed its software such that, as part of the process of booting the operating system image from the first point in time as a VM, the Slide Box creates a clone of the operating system image from a first point in time from the snapshot stored in the second data set.  Defendant has specifically programmed its software such that this clone is stored in the first data set used for the local virtualization.

189.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include,

further perform the step of "storing, in a target device second data set, a snapshot of the first operating system image comprising a first set of data blocks representing the first operating system image and information pointing to the first set of data blocks." As stated previously, Defendant has specifically programmed its software such that the Slide Box initially stores a snapshot of the protected computer's operating system image from the first point in time in a ZFS data set (the second data set). *See supra* ¶¶ 185-186.



The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

190.    Defendant has specifically programmed its software such that this snapshot stored in the Slide Box's ZFS data set comprises data blocks that represent the operating system image from the first point in time and information pointing to the data blocks. *See, e.g.*:

## Overview of ZFS Snapshots

A **snapshot** is a read-only copy of a file system or volume. Snapshots can be created almost instantly, and they initially consume no additional disk space within the pool. However, as data within the active dataset changes, the snapshot consumes disk space by continuing to reference the old data, thus preventing the disk space from being freed.

https://docs.oracle.com/cd/E19253-01/819-5461/gbciq/index.html (Last accessed Jan. 22,

2026).

191.    Defendant, its customers and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "receiving, by the target device and from a remote storage device, data equivalent to a snapshot of a second operating system image, wherein the second operating system image is an image of an updated version of the first operating system image and wherein the data equivalent to a snapshot of the second operating system image includes at least one additional data block representing one or more pairwise differences between the snapshot of the first operating system image and the snapshot of the second operating system image." For example, Defendant has specifically programmed its software such that the Slide Box receives from the protected computer an incremental backup, which is equivalent to a snapshot of the protected computer's operating system image from a second point in time. Defendant has specifically programmed its software such that the incremental backup contains at least one additional data block representing one or more differences between the snapshot of operating system image from the first point in time and a snapshot of the operating system image from the second point in time. *See, e.g.*:

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

There are three main types of backups:

- **Full Backup**: A complete copy of all data. This usually happens once when a Slide Agent (or a new volume) is first added.

- **Differential Backup** (aka "diff merge"): Compares the latest snapshot on the Slide Box with the data on the Slide Agent and then copies only data that has changed since. This is usually faster than a full backup, because not all data has to be copied, but slower than an incremental backup.

- **Incremental Backup**: Copies only the data that has changed since the last backup. This is the fastest and most space-efficient backup type, but requires a dedicated Windows driver to track changes. To load this driver and support incremental backups, the Slide Agent must be restarted once after installation.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

192.    Defendant has specifically programmed its software such that the Slide Products and Services use Change Block Tracking (CBT) to perform incremental backups.

*See, e.g.*:

> - **SlideCBT.cat/sys/inf/dll**: The Slide Agent's Change Block Tracking (CBT) driver files. These files are used to perform incremental backups.

https://docs.slide.tech/agent/ (Last accessed Jan. 10, 2026).

> The Slide Agent installs a driver to enable **Change Block Tracking (CBT)** for incremental backups. This driver is installed as an upper-level filter driver. It tracks all changes made to the volumes so that the Slide Agent can perform efficient incremental backups.
>
> This driver is installed to the following location:
>
> - **C:\Windows\System32\drivers\SlideCBT.sys**: The driver file.

*Id.* (Last accessed Jan. 10, 2026).

193.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "forming the snapshot of second operating system image from the data equivalent to the snapshot of the second operating system image, wherein the snapshot of the second operating system image comprises at least one of the blocks in the first set of data blocks and the at least one additional data block."  For example, Defendant has specifically programmed its software such that the Slide Box captures a snapshot of the protected computer's operating system image from the second point in time based on the incremental backup.  Defendant has specifically programmed its software such that this snapshot comprises at least one data block representing the operating system image from the first point in time and at least one additional data block representing the operating system image from the second point in time.  *See, e.g.*:

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

194.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "storing, in the target device second data set, the snapshot of the second operating system image."  For example, Defendant has specifically programmed its software such that the Slide Box stores snapshots (including the snapshot of the operating system image from the second point in time) in the same ZFS data set as the snapshot of the operating system image from the first point in time.  *See, e.g.*:

# Overview of ZFS Snapshots

A **snapshot** is a read-only copy of a file system or volume. Snapshots can be created almost instantly, and they initially consume no additional disk space within the pool. However, as data within the active dataset changes, the snapshot consumes disk space by continuing to reference the old data, thus preventing the disk space from being freed.

https://docs.oracle.com/cd/E19253-01/819-5461/gbciq/index.html (Last accessed Jan. 22, 2026).

195.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "exporting, to the target device first data set, a second operating system image containing data representative of the snapshot of the second operating system image."  For example, Defendant has specifically programmed its software such that the Slide Box can boot the operating system image from the second point in time as a VM on the Slide Box.  *See, e.g.*:

> A virtualization lets you instantly boot a backup as a virtual machine, either on your local Slide Box or in the Slide Cloud. This is incredibly useful for instantly getting the protected system back up and running in the event of a disaster or for testing purposes.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

196.    Upon information and belief, Defendant has specifically programmed its software such that, as part of a process of booting the operating system image from the second point in time as a VM, the Slide Box creates a clone of the operating system image from a second point in time from the snapshot of the operating system image from the second point in time stored in the ZFS data set.  Defendant has specifically programmed its software such that this clone is stored in in another data set (the first data set) on the Slide Box used for the local virtualization.

197.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "storing, in the target device first data set the second operating system image."  Upon information and belief, Defendant has specifically programmed its software such that, after the Slide Box clones the snapshot of the operating system image

from the second point in time, the operating system image from the second point in time is stored on the local virtualization data set of the Slide Box.

198.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "booting the target device using the second operating system image." For example, Defendant has specifically programmed its software such that the user boots the operating system image from the second point in time as a VM on the Slide Box. *See, e.g.*:

> A virtualization lets you instantly boot a backup as a virtual machine, either on your local Slide Box or in the Slide Cloud. This is incredibly useful for instantly getting the protected system back up and running in the event of a disaster or for testing purposes.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

199.    As a result of Defendant's infringement of the '688 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

200.    Plaintiffs are entitled to past damages for Defendant's infringement of the '688 Patent. The '688 Patent only includes method claims and thus is not subject to the marking requirements of 35 U.S.C. § 287. Nonetheless, Plaintiffs have complied with the marking requirements under 35 U.S.C. § 287. *See* https://www.kaseya.com/legal/kaseya-patents/.

201.    Defendant's infringement of the '688 Patent has been deliberate, willful, and knowing, entitling Plaintiffs to treble damages. Upon information and belief, Defendant has had actual knowledge of the '688 Patent since its issue date, as the patent

was immediately assigned to Datto and a number of former Datto employees currently work at Slide. Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '688 Patent, and has had knowledge of the '688 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property. *See* https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully blind to the existence of the '688 Patent prior to the filing of this complaint. Alternatively, Defendant has had knowledge of the '688 Patent since at least the filing of this complaint. Yet Defendant still proceeded to develop and launch the Slide Products and Services coded with software Defendant has specifically designed to enable users to backup an operating system to a local device, use incremental backups, and boot the operating system through a local virtualization. This process, as described above, in the Slide Products and Services, plainly performs the steps set forth in at least claim 11 of the '688 Patent. Accordingly, Defendant knew or should have known that the use of the Slide Products and Services infringe the '688 Patent.

202. Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '688 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

## COUNT 8: INFRINGEMENT OF THE '442 PATENT

203.     Plaintiffs incorporate by reference the allegations in paragraphs 1-202 above.

204.     The Slide Products and Services and/or the use of the Slide Products and Services by Defendant and by its customers and end users directly infringe one or more claims of the '442 Patent (including at least claim 11) under 35 U.S.C. § 271(a), either literally or under the doctrine of equivalents.  To the extent Defendant, its customers, and end users do not literally infringe the '442 Patent, they infringe under the doctrine of equivalents because the Slide Products and Services perform substantially the same function in substantially the same way with substantially the same result as the '442 Patent claims, and because the Slide Products and Services differ from the '442 Patent claims only insubstantially.

205.     Defendant also induces infringement of the '442 Patent by its customers and end users under 35 U.S.C. § 271(b) both by configuring the Slide Products and Services to operate in a manner that Defendant knows infringes the '442 Patent and by encouraging its customers and end users to use the Slide Products and Services in a manner Defendant knows infringes the '442 Patent.  Upon information and belief, Defendant has had knowledge of the '442 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '442 Patent, and has had knowledge of the '442 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-

sues-slide-2025/ (Last accessed Jan. 11, 2026). Alternatively, Defendant has been willfully

blind to the existence of the '442 Patent prior to the filing of this complaint. Alternatively,

Defendant has had knowledge of the '442 Patent since at least the filing of this complaint.

206. Defendant both encourages and instructs its customers and end users to use

the Slide Products and Services in a manner that infringes the '442 Patent. For example,

Slide provides technical support to its customers on how to use products in such a way as

to infringe the patented invention. Slide advertises that it employs a "direct-to-tech support

team" that helps users "protect[] [its] customers' digital assets." *See, e.g.*:



https://slide.tech/ (Last accessed Jan. 10, 2026).

207. Defendant further encourages and instructs its customers and end users to

use the Slide Products and Services in a manner that infringes the '442 Patent through the

publication of detailed product documentation that describes, among other things, how to

set up and configure the Slides Products and Services for backup, to perform image exports,

and to restore a protected system.  https://docs.slide.tech/ (Last accessed Jan. 10, 2026);
*see also infra* ¶¶ 211-228.

208.    Defendant also contributes to infringement by its customers of the '442 Patent under 35 U.S.C. § 271(c).  The Slide Products and Services are a material part of practicing the '442 Patent claims, have no substantial non-infringing uses, are not a staple article of commerce, and are specially made and adapted for use in an infringing manner. For example, the Slide Products and Services are specially designed and intended to practice the '442 Patent claims by enabling the user to back up data from a protected computer and export it to a recovery computer, subsequently back up data from the recovery computer, and virtualize the backups from the recovery computer on the target computer.  Upon information and belief, Defendant has had knowledge of the '442 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '442 Patent, and has had knowledge of the '442 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See*  https://businessof.tech/podcast/datto-sues-slide-2025/ (Last accessed Jan. 11, 2026).  Alternatively, Defendant has been willfully blind to the existence of the '442 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '442 Patent since at least the filing of this complaint.

209.    Below are non-limiting examples of infringement based on information currently available to Plaintiffs.

210.    Claim 12 of the '442 Patent states as follows:

12. A method of replicating a set of data blocks from a recovery computer to a target computer while the recovery computer is in operation and contents of the set of data blocks are changing, wherein the recovery computer is built from a protected computer, the method comprising:

    capturing a snapshot of the protected computer;

    provisioning the recovery computer based on the snapshot of the protected computer;

    capturing a first snapshot of the recovery computer that performs computer functions, the first snapshot including contents of the set of data blocks at the recovery computer at a first point in time, wherein the contents at the first point in time comprise data that implements an operating system running on the recovery computer at the first point in time and files that are stored on the recovery computer at the first point in time;

    issuing an instruction to build the target computer based on the first snapshot such that the target computer is prepared to take over the computer functions of the recovery computer and replicate an operating state of the recovery computer at the first point in time;

    capturing a second snapshot of the recovery computer, the second snapshot including contents of the set of data blocks at the recovery computer at a second point in time, wherein the contents at the second point in time comprise data that implements an operating system running on the recovery computer at the second point in time and files that are stored on the recovery computer at the second point in time;

    wherein a plurality of snapshots of the recovery computer, including the first snapshot and the second snapshot, are captured based on a time-incremental schedule of the recovery computer that is based on a time-incremental schedule of the protected computer;

    incrementally updating the target computer by: computing a data difference between the first snapshot and the second snapshot; and when the data difference is not null,

issuing one or more additional instructions, based on the data difference, to the target computer to prepare the target computer to replicate the operating state of the recovery computer at the second point in time and to take over the computer functions of the recovery computer; and

issuing an instruction, to the target computer, to perform the computer functions of the recovery computer, wherein the target computer, upon receiving the instruction to perform the computer functions of the recovery computer, synchronizes a file system of the target computer with a file system of the recovery computer and reboots.

211.    Defendant has specifically programmed the software of its Slide Products and Services to include functionality that results in the infringement of at least claim 12 of the '442 Patent.

212.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, perform "[a] method of replicating a set of data blocks from a recovery computer to a target computer while the recovery computer is in operation and contents of the set of data blocks are changing, wherein the recovery computer is built from a protected computer."  For example, Defendant advertises on its website that the Slide Products and Services offer a "block-level Backup and Disaster Recovery solution."   https://docs.slide.tech/ (Last accessed Jan. 10, 2026).  Defendant has specifically programmed its software such that this solution utilizes the "Slide Agent" to copy the data blocks from one computer (a protected computer or recovery computer) to another (a recovery computer or target computer).  *See, e.g.*:

The Slide backup contains three main components:

1. **Slide Agent**: A backup agent which is installed on the protected system. It communicates with the Slide Box and the Slide Cloud. Once connected, it sits mostly idle until a backup is triggered by the paired Slide Box.

2. **Slide Box**: A dedicated appliance that stores backup data locally, and replicates it to the Slide Cloud. It coordinates the backup process and manages the backup data.

3. **Slide Cloud**: Central coordinator for all Slide Boxes and Slide Agents. It stores backup data from all Slide Boxes and provides additional services like cloud replication and retention management.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

213.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "capturing a snapshot of the protected computer." For example, Defendant has specifically programmed its software such that the Slide Box creates a snapshot of the protected computer backup. *See, e.g.*:

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

*Id.* (Last accessed Jan. 10, 2026) (annotated).

214.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "provisioning the recovery computer based on the snapshot of the protected computer." For example, Defendant has specifically programmed its software to include an "image export" feature which allows users to download images of the protected computer and virtualize them on a separate machine (*i.e.*, a recovery computer). *See, e.g.*:

https://docs.slide.tech/restores/#image-export (Last accessed Jan. 10, 2026) (annotated).

215.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "capturing a first snapshot of the recovery computer that performs computer functions, the first snapshot including contents of the set of data blocks at the recovery computer at a first point in time, wherein the contents at the first point in time comprise data that implements an operating system running on the recovery computer at the first point in time and files that are stored on the recovery computer at the first point in time."  For example, Defendant has specifically programmed its software such that the Slide Agent can be enabled on the recovery computer.  *See, e.g.*:

---

**Re-enabling the Slide Agent** ¶

The Slide Agent service is disabled in Image Exports. To re-enable the agent and continue backups:

- In the restored system, open Services.msc.
- Find the Slide Agent service, right-click it, and open Properties.
- Change Startup Type from Disabled to Automatic and click Apply.
- Click Start and verify the service status changes to Running.

---

https://docs.slide.tech/restores/#re-enabling-the-slide-agent (Last accessed Jan. 10, 2026).

216.    Defendant has specifically programmed its software such that the Slide Box creates snapshots from the Slide Agent's backups of the recovery computer.  *See*, *e.g.*:

---

The backup process consists of the following steps:

1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.

2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.

3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).

4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.

5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.

6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

---

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

217.    Defendant has specifically programmed its software such that these snapshots include contents of the set of data blocks at the recovery computer at a first point in time comprising an operating system and other files.  *See*, *e.g.*:

> Slide uses **image-based backups** to create a snapshot of the entire system, including the operating system, applications, and data. This allows for complete system recovery in case of system failure or data loss. To do this, we use the Volume Shadow Copy Service (VSS) to create a consistent point-in-time snapshot of the system, and then read the data from this snapshot.

*Id.* (Last accessed Jan. 10, 2026).

218.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "issuing an instruction to build the target computer based on the first snapshot such that the target computer is prepared to take over the computer functions of the recovery computer and replicate an operating state of the recovery computer at the first point in time."  For example, Defendant has specifically programmed its software such that the Slide Box enables a user to boot a backup from the recovery computer as a virtualization based on a snapshot, locally on the Slide Box (the target computer).  *See, e.g.*:

> A virtualization lets you instantly boot a backup as a virtual machine, either on your local Slide Box or in the Slide Cloud. This is incredibly useful for instantly getting the protected system back up and running in the event of a disaster or for testing purposes.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

The "Create Virtual Machine" dialog lets you pick the protected system you'd like to restore, as well as a snapshot to restore from. You can also choose the virtualization location (local or cloud) and the virtualization settings (e.g. CPU, memory, and network).

Here's an overview of all settings in the "Basic" tab:

- **Protected System**: The protected system you'd like to restore.

- **Snapshot**: The snapshot you'd like to restore from.

- **Location**: The location where the virtual machine will be created. This is either the local Slide Box or the Slide Cloud. If the snapshot is not available in both locations, you can only choose the location where the snapshot is available.

- **Purpose**: The purpose of the virtual machine. Available options are:

  - **Test** (default): The virtual machine is for testing purposes. The machine will automatically expire and be deleted after **2 weeks** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.

  - **Disaster**: The virtual machine is being created in a disaster scenario. The machine will automatically expire and be deleted after **2 months** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.

- **Network:** The network the virtual machine will be connected to. Available options are described in the networking section as well as in the networks page.

- **CPUs**: The number of virtual CPUs the virtual machine will have.

- **Memory**: The amount of memory the virtual machine will have.

*Id.* (Last accessed Jan. 10, 2026).

219.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "capturing a second snapshot of the recovery computer, the second snapshot including contents of the set of data blocks at the recovery computer at a second point in time, wherein the contents at the second point in time comprise data that implements an operating system running on the recovery computer at the second point in time and files that are stored on the recovery computer at the second point in time." For example, and as stated above, Defendant has specifically programmed its software such that the Slide Agent can be enabled on the recovery computer. *See, e.g.*:

> **Re-enabling the Slide Agent** ¶
>
> The Slide Agent service is disabled in Image Exports. To re-enable the agent and continue backups:
>
> - In the restored system, open Services.msc.
> - Find the Slide Agent service, right-click it, and open Properties.
> - Change Startup Type from Disabled to Automatic and click Apply.
> - Click Start and verify the service status changes to Running.

https://docs.slide.tech/restores/#re-enabling-the-slide-agent (Last accessed Jan. 10, 2026).

220.    Defendant has specifically programmed its software such that the Slide Box creates snapshots from the Slide Agent's backups of the recovery computer.  *See, e.g.*:

> The backup process consists of the following steps:
>
> 1. **Initiation**: Based on the configured schedule, Slide Box triggers a backup for a specific Slide Agent. It does various preflight checks, e.g. checking available disk space, and then contacts the Slide Agent to start a backup. Slide Box includes a list of volumes to include in the backup.
>
> 2. **Prepare VSS snapshot sets**: The Slide Agent coordinates with VSS to create a snapshot of the requested volumes.
>
> 3. **Data Copy**: The Slide Agent copies the data from the snapshot to the Slide Box. Depending on what type of backup is requested, it may copy all data (full backup) or only the changed data (differential or incremental).
>
> 4. **Create Snapshot**: Once the data transfer is complete, the VSS snapshot is released on the protected system. Slide Box creates a snapshot of the backup data and informs Slide Cloud of the completion.
>
> 5. **Verification**: Slide Box verifies the integrity of the backup by performing various file system checks. The result of the verification is stored in the snapshot metadata and displayed in the Slide Console.
>
> 6. **Cloud Replication**: Slide Box replicates the snapshot to the Slide Cloud for offsite storage. Depending on the size of the data and the network speed, this may take some time.

https://docs.slide.tech/backups/ (Last accessed Jan. 10, 2026) (annotated).

221.    Defendant has specifically programmed its software such that these snapshots include contents of the set of data blocks at the recovery computer at a second point in time comprising an operating system and other files.  *See, e.g.*:

> Slide uses **image-based backups** to create a snapshot of the entire system, including the operating system, applications, and data. This allows for complete system recovery in case of system failure or data loss. To do this, we use the Volume Shadow Copy Service (VSS) to create a consistent point-in-time snapshot of the system, and then read the data from this snapshot.

*Id.* (Last accessed Jan. 10, 2026).

222.   Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "wherein a plurality of snapshots of the recovery computer, including the first snapshot and the second snapshot, are captured based on a time-incremental schedule of the recovery computer that is based on a time-incremental schedule of the protected computer."   For example, Defendant has specifically programmed its software such that a user can schedule backups of a protected system (whether that system is the protected computer or recovery computer). *See, e.g.*:



https://docs.slide.tech/agents/ (Last accessed Jan. 10, 2026).

223.    Upon information and belief, Defendant has specifically programmed its software such that the snapshot schedule of the recovery computer is based on the snapshot schedule of the protected computer.

224.    Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "incrementally updating the target computer by: computing a data difference between the first snapshot and the second snapshot; and when the data difference is not null, issuing one or more additional instructions, based on the data difference, to the target computer to prepare the target computer to replicate the operating state of the recovery computer at the second point in time and to take over the computer functions of the recovery computer."    For example, Defendant has specifically

programmed its software such that the Slide Box and Slide Agent can perform a "differential backup." *See, e.g.*:



[https://docs.slide.tech/backups/](https://docs.slide.tech/backups/) (Last accessed Jan. 10, 2026) (annotated).



*Id.* (Last accessed Jan. 10, 2026) (annotated).

225. Defendant, its customers, and end users utilizing the Slide Products and Services that contain functionality Defendant has specifically coded its software to include, further perform the step of "issuing an instruction, to the target computer, to perform the computer functions of the recovery computer, wherein the target computer, upon receiving

the instruction to perform the computer functions of the recovery computer, synchronizes a file system of the target computer with a file system of the recovery computer and reboots." For example, Defendant has specifically programmed its software such that the Slide Box (the target computer) can create and run a virtual machine from a snapshot of the recovery computer.

226.    Defendant has specifically programmed its software such that the recovery computer snapshots are stored on the Slide Box in ZFS format. *See, e.g.*:

> A Slide Box stores your backup data in ZFS format with ZFS native encryption. The disk(s) in a Slide Box contain a ZFS pool named `slide` that can be accessed using Ubuntu Linux (or any other Linux distribution that supports ZFS).
>
> Your backup data is organized in the pool as follows:
>
> - **Pool name**: `slide`
> - **Agent datasets**: Located at `slide/agents/a_*` (where `*` is a unique identifier for each agent)
> - **Encryption**: Each agent dataset is encrypted using ZFS native encryption with individual keys
> - **Backup files**: Within each agent dataset, backup data is stored as `disk_*.raw` files (one file per raw disk, containing all partitions/volumes)

https://docs.slide.tech/guides/manually-accessing-slide-box-backups/ (Last accessed Jan. 10, 2026).

227.    As stated previously, Defendant has specifically programmed its software such that the Slide Box enables a user to boot a backup from the recovery computer as a virtualization based on a snapshot, locally on the Slide Box (the target computer). *See, e.g.*:

> A virtualization lets you instantly boot a backup as a virtual machine, either on your local Slide Box or in the Slide Cloud. This is incredibly useful for instantly getting the protected system back up and running in the event of a disaster or for testing purposes.

https://docs.slide.tech/restores/ (Last accessed Jan. 10, 2026).

> The "Create Virtual Machine" dialog lets you pick the protected system you'd like to restore, as well as a snapshot to restore from. You can also choose the virtualization location (local or cloud) and the virtualization settings (e.g. CPU, memory, and network).
>
> Here's an overview of all settings in the "Basic" tab:
>
> - **Protected System**: The protected system you'd like to restore.
> - **Snapshot**: The snapshot you'd like to restore from.
> - **Location**: The location where the virtual machine will be created. This is either the local Slide Box or the Slide Cloud. If the snapshot is not available in both locations, you can only choose the location where the snapshot is available.
> - **Purpose**: The purpose of the virtual machine. Available options are:
>   - **Test** (default): The virtual machine is for testing purposes. The machine will automatically expire and be deleted after **2 weeks** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.
>   - **Disaster**: The virtual machine is being created in a disaster scenario. The machine will automatically expire and be deleted after **2 months** and will be shutdown **4 days** before expiration. The expiration date can be extended in Console. Emails will be sent before shutdown and expiration actions are taken.
> - **Network:** The network the virtual machine will be connected to. Available options are described in the networking section as well as in the networks page.
> - **CPUs**: The number of virtual CPUs the virtual machine will have.
> - **Memory**: The amount of memory the virtual machine will have.

*Id.* (Last accessed Jan. 10, 2026).

228.    Upon information and belief, Defendant has specifically programmed its software such that after a local virtualization on the Slide Box is initiated, the Slide Box can synchronize the recovery computer snapshots from the ZFS data set to another data set, from which the local virtualization is booted.

229.    As a result of Defendant's infringement of the '442 Patent, Plaintiffs are entitled to monetary damages in an amount adequate to compensate for Defendant's infringement, but in no event less than a reasonable royalty for the use made of the invention by Defendant, together with interest and costs as fixed by the Court.

230.    Plaintiffs are entitled to past damages for Defendant's infringement of the '442 Patent.  The '442 Patent only includes method claims and thus is not subject to the marking requirements of 35 U.S.C. § 287.  Nonetheless, Plaintiffs have complied with the

marking requirements under 35 U.S.C. § 287.  *See* https://www.kaseya.com/legal/kaseya-patents/.

231.    Defendant's infringement of the '442 Patent has been deliberate, willful, and knowing, entitling Plaintiffs to treble damages.  Upon information and belief, Defendant has had actual knowledge of the '442 Patent since its issue date, as the patent was immediately assigned to Datto and a number of former Datto employees currently work at Slide.  Alternatively, upon information and belief, Defendant monitors and/or is aware of Datto's patents, including the '442 Patent, and has had knowledge of the '442 Patent by at least October 6, 2025, when Defendant's co-founders represented that Defendant was "extraordinarily vigilant" to ensure that its employees, many of whom previously worked for Datto, did not use their prior employer's intellectual property.  *See* https://businessof.tech/podcast/datto-sues-slide-2025/  (Last accessed Jan. 11, 2026*).* Alternatively, Defendant has been willfully blind to the existence of the '442 Patent prior to the filing of this complaint.  Alternatively, Defendant has had knowledge of the '442 Patent since at least the filing of this complaint.  Yet Defendant still proceeded to develop and launch the Slide Products and Services coded with software Defendant has specifically designed to enable users to back up data from a protected computer to a recovery computer, subsequently back up data from the recovery computer to a target computer, and virtualize the backups from the recovery computer on the target computer.  This process, as described above, in the Slide Products and Services, plainly performs the steps set forth in at least claim 12 of the '442 Patent.  Accordingly, Defendant knew or should have known that the use of the Slide Products and Services infringe the '442 Patent.

232.    Defendant's infringing activities have injured and will continue to injure Plaintiffs, unless and until this Court enters an injunction prohibiting further infringement of the '442 Patent, and, specifically, enjoining further manufacture, use, sale, importation, and/or offers for sale that come within the scope of the patent claims.

**PRAYER FOR RELIEF**

233.    Plaintiffs respectfully request the following relief from this Court:

(a)    Judgment that Defendant has infringed one or more claims of each of the Asserted Patents;

(b)    Entry of an injunction against Defendant and those in privity with it and those acting in concert with it from further infringement of the Asserted Patents;

(c)    An award to Plaintiffs of damages adequate to compensate for all infringement occurring through the date of judgment, with prejudgment interest, costs, and for any supplemental damages as appropriate and post-judgment interest after that date;

(d)    An award of damages pursuant to 35 U.S.C. § 284;

(e)    A determination that Defendant's infringement of the Asserted Patents has been and is willful, and an award of enhanced damages, up to and including trebling of the damages awarded;

(f)    A finding that this action for infringement is an exceptional case under 35 U.S.C. § 285 and an award of reasonable counsel fees and costs; and

(g)    An award of such other and further relief as the Court may deem just and proper.

## <u>DEMAND FOR TRIAL BY JURY</u>

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs demand a trial by jury of all issues so triable.

Dated: January 23, 2026

Of Counsel:

PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP

Elizabeth Stotland Weiswasser
Catherine Nyarady
Kripa Raman
Thomas Macchio
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
eweiswasser@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
tmacchio@paulweiss.com

W. Sutton Ansley
Christopher Pepe
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
sansley@paulweiss.com
cpepe@paulweiss.com

Respectfully submitted,

FARNAN LLP

*/s/ Michael J. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiffs*