## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

KASEYA US LLC, KASEYA LIMITED and
DATTO, LLC,

        Plaintiffs,

        v.

PROJECT ORCA, INC. d/b/a SLIDE,

        Defendant.

C.A. No. 26-77-JCB

**JURY TRIAL DEMANDED**

## CERTIFICATE OF SERVICE OF DEFENDANT'S MOTION TO DISMISS UNDER FRCP 12(B)(6)

PLEASE TAKE NOTICE that, pursuant to JCB-CV-7.2 of the Order Regulating Practice for Civil Cases Assigned to the Honorable J. Campbell Barker (D.I. 16), on April 22, 2026, the following documents were served on the persons listed below in the manner indicated:

1.  Defendant's Motion to Dismiss Under FRCP 12(b)(6) with Proposed Order; and

2.  Defendant's Opening Brief in Support of its Motion to Dismiss Under FRCP 12(b)(6).

**BY EMAIL**

Brian E. Farnan
Michael J. Farnan
FARNAN LLP
919 North Market Street
12th Floor
Wilmington, DE 19801
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Kaseya US LLC,*
*Kaseya Limited, and Datto, LLC*

Elizabeth Stotland Weiswasser
Catherine Nyarady
Kripa Raman
Thomas Macchio
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
eweiswasswe@paulweiss.com
cnyarady@paulweiss.com
kraman@paulweiss.com
tmacchio@paulweiss.com

Sutton Ansley
Christopher Pepe

PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
sansley@paulweiss.com
cpepe@paulweiss.com

Dated: April 22, 2026

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*/s/ Robert M. Vrana*
Anne Shea Gaza (No. 4093)
Robert M. Vrana (No. 5666)
Parks Kingery (No. 7416)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
agaza@ycst.com
rvrana@ycst.com
pkingery@ycst.com

*Attorneys for Defendant*
*Project Orca, Inc. d/b/a Slide*

2